CO-386
Rev. 10/03

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JANE DOE                               )
                                       )
                                       )
        Plaintiff                      )
                                       )
        v.                             )        Civil Action No. _____
LOGISTICARE SOLUTIONS, LLC,            )
et al.                                 )
        Defendant                      )
                                       )
                                       )

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for  LOGISTICARE SOLUTIONS, LLC  ,

certify that to the best of my knowledge and belief, ~~the following are parent companies, subsidiaries~~

~~or affiliates of~~ _____, ~~which have any outstanding securities~~

~~in the hands of the public.~~ _____

                does not have securities in the hands of the public.

_____

These representations are made in order that judges of this court may determine the need for recusal.

                                        Attorney of Record

                                        _Michael J. Carlson_ /s/
                                        Signature

____490196____                          Michael J. Carlson
Bar Identification Number               Print Name
                                        Anderson, Coe & King, LLP
                                        201 N. Charles Street, Suite 2000
                                        Address

                                        Baltimore, Maryland  21202
                                        City            State       Zip

                                        443-573-9313
                                        Telephone Number