CO-386
Rev. 10/03

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JANE DOE                    )
                            )
            Plaintiff       )
                            )
        v.                  )        Civil Action No. _____
LOGISTICARE SOLUTIONS, LLC, )
et al.                      )
            Defendant       )
                            )
                            )

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for __Washington Metropolitan Area Transit Authority__ certify that to the best of my knowledge and belief, ~~the following are parent companies, subsidiaries or affiliates of _____, which have any outstanding securities in the hands of the public.~~

_____ does not have securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*/s/ Michael J. Carlson*
Signature

__490196__
Bar Identification Number

Michael J. Carlson
Print Name
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Address

Baltimore, Maryland   21202
City              State      Zip

443-573-9313
Telephone Number