IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE DOE                                    *

      Plaintiffs                        *

v.                                          *        Civil Case No.

LOGISTICARE                                 *
SOLUTIONS, LLC, *et al.*
                                            *

      Defendant                         *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## MOTION TO TRANSFER VENUE

     Defendants Logisticare Solutions, LLC and the Washington Metropolitan Area Transit

Authority, by their attorney, Michael J. Carlson, hereby move this Honorable Court to change

venue from the United States District Court for the District of Columbia to the United States

District Court for the District of Maryland pursuant to 28 U.S.C.A. § 1404.  In support of this

Motion, Defendants attaches a Memorandum, which is incorporated herein.

                        Respectfully submitted,

                        _____

                        Michael J. Carlson, Esquire
                        (Bar No. 490196)
                        ANDERSON, COE & KING, LLP
                        201 N. Charles Street, Suite 2000
                        Baltimore, MD  21202
                        T  (410) 752-1630; F  (410) 752-0085
                        ***Attorneys for Defendants Logisticare Solutions, LLC***
                             ***and the Washington Metropolitan Area Transit***
                             ***Authority***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of May, 2006, a copy of the foregoing Motion

to Transfer Venue and the Memorandum in Support of Motion to Transfer Venue was mailed,

first-class postage-prepaid, to

Christian C. Mester, Esquire
JANET, JENNER & SUGGS LLC
Woodholme Center
1829 Reisterstown Road, Suite 320
Baltimore, Maryland  21208
*Counsel for Plaintiff*

Tamara B. Goorevitz, Esquire
FRANKLIN & PROKOPIK
2 North Charles Street, Suite 600
The B & O Building
Baltimore, Maryland  21201
*Counsel for MV Public Transportation*

Daniel L. Shea, Esquire
BRAULT GRAHAM, LLC
101 South Washington Street
Rockville, Maryland  20850
*Counsel for Regency Cab, Inc.*

Terance J. O'Connell
401 E. Jefferson Street, Suite 204
Rockville, Maryland  20850
*Counsel for Defendant Challenger
Transportation, Inc.*

Michael A. DeSantis, Esquire
HARTEL, KANE, DESANTIS, MACDONALD & HOWIE, LLP
6301 Ivy Lane, Suite 800
Greenbelt, Maryland  20770
*Counsel for Defendant Challenger
Transportation, Inc.*

Mohammad Sarrami Foroosnani
c/o Maryland Correctional Facility
18601 Roxbury Road
Hagerstown, Maryland  21746
*Defendant*


Michael J. Carlson, Esquire

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANE DOE | * | |
| Plaintiffs | * | |
| v. | * | Civil Case No. |
| LOGISTICARE SOLUTIONS, LLC, *et al.* | * | |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF
## MOTION TO TRANSFER VENUE

Defendants Logisticare Solutions, LLC and the Washington Metropolitan Area Transit Authority, by their attorney, Michael J. Carlson, file this memorandum in support of their Motion to Transfer Venue and state:

### I.    APPLICABLE FACTS[1]

On or about May 26, 2005, Plaintiff, Jane Doe, who is mentally disabled, contacted Defendants to secure transportation to her job at a T.J. Max store located in Maryland. (Complaint at ¶¶ 11 and18).  Paratransport services are provided to disabled persons, such as Plaintiff, by Defendant Washington Metropolitan Area Transit Authority (WMATA) by way of a contract with Logisticare Solutions, LLC ("Logisticare"), a corporation headquartered in

---

[1] By reciting to the Complaint, these Defendants do not necessary accept the truth of the allegations.  Whatever disputes there may be about the events that took place, there is no dispute that the events took place in Maryland.

Delaware. *Id*. at ¶3-5. Logisticare, in turn, subcontracted portions of its contract with WMATA to Regency Cab, Inc., ("Regency"), a Maryland corporation. *Id*. at ¶7.

In response to Plaintiff's request for paratransport services, Regency dispatched Defendant Mohammad Sarrami Foroosnami[2], a Maryland resident, to drive Ms. Doe from her Maryland home to her place of employment in Maryland. *Id*. at ¶1 & ¶18. Subsequently, Mr. Foroosnami drove Ms. Doe to a deserted area in Brookeville, Maryland, where he proceeded to rape Ms. Doe in a portable restroom. *Id*. at ¶19. After the assault and rape, Mr. Foroosnami drove Ms. Doe to work and left the scene. The assault and rape were investigated by the Montgomery County Maryland Police Department and the crimes were prosecuted in Montgomery County. (Excerpts from the criminal case file are attached as Exhibit 1). Based on these allegations, Plaintiff brings this five-count Complaint alleging Negligence, Assault, Battery, Intentional Infliction of Emotional Distress, and False Imprisonment.

## II.    APPLICABLE LAW AND ARGUMENT

### A.    Applicable Law

Title 28 U.S.C.A. § 1404(a) states, "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. Additionally, requirements under § 1404 are not as rigorous as common law rule of *forum non conveniens*." *Piper Aircraft Co. v. Reyno,* 454 U.S. 235, 102

---

[2] Mr. Foroosnami is currently incarcerated in the Maryland Department of Corrections where he is serving a 20-year sentence. (Complaint at ¶ 8).

S.Ct. 252, 70 L.Ed.2d 419 (1981)). Rather, Section 1404 applies a standard that is more

expansive than the traditional common law rule and gives federal trial courts the "flexibility, to

cut down on forum shopping and to allow a court to *decline* jurisdiction which would greatly

inconvenience the litigants and witnesses even though technical venue requirements have been

met." *In re Dalkon Shield Litigation*, 581 F.Supp. 135, 140 (D. Md.1983) (citing, *Gulf Oil Corp.

v. Gilbert,* 330 U.S. 501, 67 S.Ct. 839, 91 L.Ed. 1055 (1947)).

In considering a request to transfer a case, the trial court must balance numerous factors.

Though the multitude of factors cannot not be exactly quantified, courts generally examine

28 U.S.C.A. § 1404(a) by securitizing the litigants' access to proof, the availability and cost of

process for witnesses, public interest, and whether the choice of venue was chosen to harass the

defendant. *Gulf Oil Corp.,* 330 U.S. at 508 (1947). Consideration of public interest may

include issues of conflicts of laws. *Nixon Peabody LLP v. Beaupre,* 791 A.2d 34, 41

(D.C.2002).

## B.    Argument

In the present case, the United States District Court for the District of Maryland is the

most appropriate and convenient venue for all parties as *all underlying events* occurred in

Maryland. Each and every event outlined in the Complaint alleges actions which occurred

within Maryland. The initial event, the Plaintiff's telephone call to Regency, was placed from

the Plaintiff's Maryland residence. In response to that telephone call, Regency, a Maryland-

based cab company, sent Mr. Foroosnami to transport Ms. Doe from her Maryland home to her

workplace, which is also in Maryland. Additionally, all criminal acts alleged to have been perpetrated on Ms. Doe by Mr. Foroosnami occurred in Maryland.

According to the Complaint, at no time did the Plaintiff ever leave the state of Maryland during the events discussed above. Therefore, all evidence required for trial will originate in Maryland. Likewise, the evidence from the criminal prosecution of Defendant Foroosnami must be obtained from the Montgomery County Police Department and/or Montgomery County State's Attorney's Office. The witnesses, including the police and employees and officers of Regency, all work in Maryland. Therefore, for these reasons, the scales of convenience tip in favor of transfer to the United States District Court for the District of Maryland.

It is also difficult to determine how transfer to Maryland Federal District Court could harm or prejudice the Plaintiff as both the Plaintiff and her guardian, who brings this suit, are Maryland residents. Additionally, she is employed within the state of Maryland and has not alleged any contact with the District of Columbia relating to these events.[3]

While it is not necessary for the trial court to reach a conclusion on conflicts of law, it is highly probative in the present case. The events and tortious actions in the present case occurred within the State of Maryland. There can be no doubt that the focal point of this case is Maryland. Not only did the actions surrounding the case occur in Maryland, but also the alleged negligent hiring of Defendant Foroosnami. Conflict of law analysis indicates that Maryland law should apply to the case at bar. *See District of Columbia v. Coleman,* 667 A.2d 811, 816 (D.C.Ct.App., 1995).

- 7 -

Because each and every factor discussed above suggests Maryland as the most convenient forum, this Court should transfer this case to the United States District Court for the District of Maryland.

### III.    CONCLUSION

For all of the foregoing reasons, this case should be transferred to the United States District Court for the District of Maryland where all of the events at issue in this case took place and venue is convenient for all parties.

Respectfully submitted,

Michael J. Carlson, Esquire
(Bar No. 490196)
ANDERSON, COE & KING, LLP
201 N. Charles Street, Suite 2000
Baltimore, MD 21202
T (410) 752-1630
F (410) 752-0085
*Attorneys for Defendants, Logisticare Solutions, LLC
  and the Washington Metropolitan Area Transit
  Authority*

---

[3] Indeed, it is not clear whether this Court has personal jurisdiction over Defendant Foroosnami.

Criminal CIRCUIT CT # 103952 DIST CT #            AS OF 02/10/2006 10:44 CONT'D
        STATE OF MARYLAND  VS.  MOHAMMAD S. FOROOSNANI
---------------------------------------------------------------------------------
                    D O C K E T   I N F O R M A T I O N

12/29/2005 #12   COURT SETS
        TYPE: DOCKET                                           684 CH
        COURT (HARRINGTON, J.) SETS FINAL DISPOSITION FOR FEBRUARY 8, 2006 AT
        9:00 A.M. BEFORE JUDGE DUGAN.
        JUDGE: A HARRINGTON

01/17/2006 #13   CLERK ENTERS NOT GUILTY PLEA                   89 RR
        TYPE: DOCKET
        CLERK ENTERS NOT GUILTY PLEA PURSUANT TO RULE 4-242(B)(4).

02/08/2006 #14   HEARING, CASE CALLED TO ENTER A NOLLE PR 1345 RR
        TYPE: DOCKET
        CASE CALLED TO ENTER A NOLLE PROSEQUI. MS. KNIGHT AND MS. BILLS,
        STATE'S ATTORNEYS. DEFENDANT APPEARED WITH COUNSEL, MR. GENDLER.
        JUDGE: J DUGAN
        TAPE# 13-020806    START# 10:06:38    STOP# 12:27:34 #SESSIONS      1

02/08/2006 #15   DISPOSITION
        TYPE: DOCKET                                           262 RR
        STATE ENTERS A NOLLE PROS TO ALL COUNTS OF THE INDICTMENT.
        JUDGE: J DUGAN

EXHIBIT

1

Criminal CIRCUIT CT # 103552 DIST CT #              AS OF 01/05/2006 15:53 CONT'D
  STATE OF MARYLAND  VS.  MOHAMMAD S. FOROOSNANI
------------------------------------------------------------------------------
D O C K E T   I N F O R M A T I O N
------------------------------------------------------------------------------

12/09/2005 #1   DISTRICT COURT CASE NUMBER              636 JS
    TYPE: DOCKET
    DISTRICT COURT CASE NO., TRACKING NO. 057015001400.

12/09/2005 #2   INDICTMENT                             571 JS
    TYPE: DOCKET
    INDICTMENT; TRUE BILL, FILED. (4-215 HEARING SET)

12/09/2005 #3   LINE ENTERING APPEARANCE OF COUNSEL    609 JS
    TYPE: DOCKET
    LINE ENTERING THE APPEARANCE OF AMY J. BILLS AS COUNSEL FOR STATE,
    FILED.

12/09/2005 #4   ORDER, SCHEDULING                      738 JS
    TYPE: DOCKET
    SCHEDULING ORDER (HARRINGTON, J.) , ENTERED. (COPIES MAILED)
    JUDGE: A HARRINGTON

12/09/2005 #5   SUMMONS ISSUED                         248 JS
    TYPE: DOCKET
    SUMMONS ISSUED RETURNABLE: DECEMBER 16 2005 AT 9:00 A.M.

12/16/2005 #6   HEARING, RULE 4-215                    1056 EJ
    TYPE: DOCKET
    RULE 4-215 HEARING CALLED. STATE'S ATTORNEY MS. SMITH.
    JUDGE: A HARRINGTON
    TAPE# 01-121605   START# 9:49:09   STOP# 9:51:33#SESSIONS    1

12/16/2005 #7   COURT RESETS HEARING TO                555 EJ
    TYPE: DOCKET
    COURT RESETS RULE 4-215 HEARING TO DECEMBER 30, 2005 AT 8:30 A.M.
    JUDGE: A HARRINGTON

12/16/2005 #8   DEFENDANT FAILED TO APPEAR/NOT PRESENT  1078 EJ
    TYPE: DOCKET
    DEFENDANT NOT TRANSPORTED.
    JUDGE: A HARRINGTON

12/19/2005 #9   SHERIFF'S RETURN ON SUMMONS: SERVED     752 EJ
    TYPE: DOCKET
    SHERIFF'S RETURN ON SUMMONS: SUMMONED, FILED.

12/29/2005 #10  HEARING - NO RULING                    773 CH
    TYPE: DOCKET
    CASE CALLED FOR THE PURPOSE OF SETTING FINAL DISPOSITION DATE
    (HARRINGTON, J.) MS. KNIGHT, STATE'S ATTORNEY.
    JUDGE: A HARRINGTON
    TAPE# 01-122905   START# 11:33:20   STOP# 12:02:43#SESSIONS    1

12/29/2005 #11  DEFENDANT'S INITIAL APPEARANCE          765 CH
    TYPE: DOCKET
    DEFENDANT APPEARED WITH COUNSEL, MR. GENDLER.
    JUDGE: A HARRINGTON

riminal CIRCUIT CT # 103952 DIST CT #          AS OF 02/10/2006 10:44

----------------------------------------------------------------------
Trial Election:  JURY          Status:  CLOSED      as of:  02/08/2006
                                                Plea Judge: N. RUPP
                               Age:             Track:   2

    STATE OF MARYLAND                       AMY BILLS                    19372
                                            50 MARYLAND AVENUE 5FLR
                                            ROCKVILLE MD 20850
                                            PHONE  240-777-7326

        -vs-

    MOHAMMAD S. FOROOSNANI                  NONE ASSIGNED AS OF THIS DATE
----------------------------------------------------------------------
                        C H A R G E S

#001   SEXUAL OFFENSE/SECOND DEGREE            ART.3    SEC306
#002   SEXUAL OFFENSE/SECOND DEGREE            ART.3    SEC306
#003   SEXUAL OFFENSE/THIRD DEGREE             ART.CL
#004   SEXUAL OFFENSE/THIRD DEGREE             ART.CL
#005   KIDNAPPING                              ART.3    SEC502
#006   FALSE IMPRISONMENT                      ART.CL

    VERDICT:  NOLLE PROSEQUI
----------------------------------------------------------------------

 Costs          Assessed       Received    Waived/Susp              Due

 (none of record)
----------------------------------------------------------------------
 DATE      SCHEDULED EVENT                    PLDG  TIME RM. LENGTH
 12/29/2005 MC 0573* MISC. HEARING                 11:30  1
 01/27/2006          MOTION HEARING DATE*
 02/08/2006 NL 0573* NOLLE PROSEQUI                 9:00  13

Criminal CIRCUIT CT # 103952 DIST CT #          AS OF 02/10/2006 10:44 CONT'D
   STATE OF MARYLAND  VS.  MOHAMMAD S. FOROOSNANI
--------------------------------------------------------------------------------
                  G E N E R A L   C A S E   I N F O R M A T I O N

      CASE#:  103952                           CASE TYPE:  Criminal
      SUBTYPE: INDICTMENT            CASE STATUS:  CLOSED        AGE:
      LAST PLEA:    15 LAST DOCKET DATE: 02/08/2006 FILING DATE: 12/09/2005
      TRIAL DATE:              TRIAL TIME:  99:99   STATUS DATE: 02/08/2006
      DISTRICT COURT NUMBER:                        BOND NUMBER:  000000
      WARRANT STATUS:       NONE               TRIAL ELECTION:  JURY
      JUDGES:CASE NONE OF RECORD   PLEA:N. RUPP      SENTENCE DATE:
      VERDICT:  NOLLE PROSEQUI                                 TRACK:   2
      LAST AUDIT:                               4-271 DATE:
--------------------------------------------------------------------------------

      DEFENDANT'S ADDRESS:              .22880 WHELAN LANE
      D-O-B: 02/20/1957                 BOYDS MD 20841

Criminal CIRCUIT CT # 103952 DIST CT #          AS OF 02/10/2006 10:44 CONT'D
    STATE OF MARYLAND   VS.  MOHAMMAD S. FOROOSNANI
--------------------------------------------------------------------------------
                    C H A R G E   D I S P O S I T I O N S

Count: 001  ART/SEC #3  -306          CHARGE: SEXUAL OFFENSE/SECOND DEGREE
                                      PLEA: NOT GUILTY
DISPOSITION                                        DATE        JUDGE
NOLLE PROSEQUI                               02/08/2006   J DUGAN

Count: 002  ART/SEC #3  -306          CHARGE: SEXUAL OFFENSE/SECOND DEGREE
                                      PLEA: NOT GUILTY
DISPOSITION                                        DATE        JUDGE
NOLLE PROSEQUI                               02/08/2006   J DUGAN

Count: 003  ART/SEC #CL               CHARGE: SEXUAL OFFENSE/THIRD DEGREE
                                      PLEA: NOT GUILTY
DISPOSITION                                        DATE        JUDGE
NOLLE PROSEQUI                               02/08/2006   J DUGAN

Count: 004  ART/SEC #CL               CHARGE: SEXUAL OFFENSE/THIRD DEGREE
                                      PLEA: NOT GUILTY
DISPOSITION                                        DATE        JUDGE
NOLLE PROSEQUI                               02/08/2006   J DUGAN

Count: 005  ART/SEC #3  -502          CHARGE: KIDNAPPING
                                      PLEA: NOT GUILTY
DISPOSITION                                        DATE        JUDGE
NOLLE PROSEQUI                               02/08/2006   J DUGAN

Count: 006  ART/SEC #CL               CHARGE: FALSE IMPRISONMENT
                                      PLEA: NOT GUILTY
DISPOSITION                                        DATE        JUDGE
NOLLE PROSEQUI                               02/08/2006   J DUGAN
--------------------------------------------------------------------------------
                    H I S T O R Y   I N F O R M A T I O N

CHANGED     OLD STATUS   OLD DATE   NEW STATUS   NEW DATE    BY
02/10/2006 OPEN        12/09/2005 CLOSED     02/08/2006 CRIMINAL
--------------------------------------------------------------------------------
|--------------------------------------------------------------------------------|
| DATE     SCHEDULED EVENT                       PLDG   TIME RM. LENGTH
| 02/08/2006 NL 0573* NOLLE PROSEQUI                    9:00  13
| 01/27/2006          MOTION HEARING DATE*
| 12/29/2005 MC 0573* MISC. HEARING              11:30   1

     *** END OF INFORMATION FOR CASE #103952C   ***

02/10/2006 10:45:11   Closed Criminal Cases Audit Sheet   (CLOSEDC V6)   Page   1
103952C   MOHAMMAD S FOROOSNANI
Subtype: INDICTMENT

Number of Charges: 0006 Trials set: 0001 Disposition: NOLLE PROSEQUI

Arrest Date: 12/13/05    Filing Date: 12/09/2005 Clock Start: 12/29/2005

Warrant Issued:              Warrant Issued:              Warrant Issued:

Warrant Served:              Warrant Served:              Warrant Served:

Incompetent/Not Criminally Responsible:          Found Competent:

Mistrial:          ReTrial:

Reverse Waiver Petition:          Reverse Waiver Denied:

Sub Curia (Verdict):          Disposition: 02/08/2006

PSI Ordered:          PSI Received:

PST Ordered:          PST End:

Arrest/Citation to Filing:     File to Start:   21  File to Trial/VOP:

File to Verdict:     File to Disposition:   62  Verdict to Sentence:

Warrant Time:     Clock Time:   42  Last Audit:

  DATE CHANGED    OLD STATUS        OLD STATUS DATE  NEW STATUS      NEW STATUS DATE
  02/10/2006      OPEN              12/09/2005       CLOSED          02/08/2006

Notes:

## CRIMINAL NOLLE PROSEQUI HEARING

JUDGE NO./JUDGE: 0654  DUGAN_____ DATE: 02/08/2006  CASE NO.: 103952-C_____

CASE NAME: STATE OF MARYLAND vs. MOHAMMAD S FOROOSNANI_____

CTRM #: 13 Courtsmart: 10 : 06 : 38 TO 12 : 27 : 34  SESSIONS: 1

_____:_____:_____ TO _____:_____:_____

_____:_____:_____ TO _____:_____:_____

☐ (464) Interpreter Sworn.

☐ (762) Writ return, filed.

☑ (1345) Case called to enter a nolle prosequi.

☑ State's Attorneys  Ms. Knight and Ms. Billo_____

☑ (681) Defendant appeared with counsel  Mr. Gendler_____

☐ (674) Defendant appeared without counsel.

☐ (1078) Defendant failed to appear.

☐ (1078) Mr./Ms. _____ appeared on behalf of the Defendant who was
not present/transported.

☐ (515) State's Attorney's/Defendant's Oral Motion to Continue Nolle Prosequi granted/denied.

☐ (555) Court resets Nolle Prosequi Hearing to _____ at _____.

☐ (684) Court sets _____.

☐ (688) State enters a Nolle Pros to the remaining counts _____.

   ☐ Defendant objects and demands speedy trial.

☑ (262) State enters a Nolle Pros to all counts of the Indictment_____

   ☐ Defendant objects and demands speedy trial.

☐ _____

   _____

☐ _____

   _____

CHC012  20050b19

State of Maryland

VS                                            Criminal  103952

Mohammad S. Forooshani
Defendant

Clerk Enters Not Guilty Plea Pursuant to Rule 4-242(B)(4).

103952C          State v. Mohammad Foroosnani

setting a

12/29/05          Case called for the purpose of final disposition date.
                  (Harrington, J.).  Ms. Knight, State's Attorney.
                  Defendant appeared with counsel, Mr. Gendler.  Tape:
                  12/29/05-1-11:33:20-12:02:43.

12/29/05          Court (Harrington, J.) sets final disposition for February
                  8, 2006 at 9:00am before Judge Dugan.

AP/EB

MONTGOMERY COUNTY SHERIFF'S OFFICE
RECORD OF SERVICE

SUMMONS KEY: S05023369
CASE#: 103952

TO BE SERVED: FOROOSNANI, MOHAMMAD S

ADDRESS SEQ#:  1        ADDRESS TYPE:
    ADDRESS: 22880 WHELAN LA                                    PRA: 597
        APT OR BLDG#:              PO BOX:           BAILIWICK: 13
        CLARKSBURG, MD  20841
    PLAINTIFF: STATE.

    ATTORNEY: STATES ATTORNEY'S OFFICE - MONT. CO.
    ADDRESS: 50 COURTHOUSE SQ
             ROCKVILLE, MD  20850

DOCUMENT TYPE: CRIMINAL                COURT TYPE: CIRCUIT
 COUNTY/STATE: MONTGOMERY COUNTY, MD
RECEIVED DATE: 12/12/2005          EXPIRATION DATE: 12/14/2005

    PAPER TYPE: SUMMONS & CHARGING DOCUMENTS TO BE SERVED AT MCCF

*  *  *  *  *  *  *  *  *  *  *  *  *  * SERVICE ATTEMPTS  *  *  *  *  *  *  *  *  *  *  *  *  **
ADDR
SEQ# ATTEMPT#    DATE    TIME   BY  REASON REASON DESCRIPTION

  1      2    12/13/2005 1450  6222

DEPUTY ID/NAME:  6222  DONNELLY, FRANCIS J

SERVED TO NAME: FOROOSNANI, MOHAMMAD
    DISPOSITION: SERVED

                                                          DATE: 12/16/2005
TRUE TEST COPY: _____

CJIS ENTRY BY: MACFARLANE, SL

2005 DEC 19  A 10: 27
FILED

Criminal CIRCUIT CT # 103952 DIST CT #            AS OF 12/12/2005 08:12
CT. 01

||||||||||||||||||

```
---------------------------------------------------------------------------
| Trial Election:  JURY           Status: OPEN      as of: 12/09/2005     |
|                                               Plea Judge: N. RUPP       |
|                                 Age:   3      Track:    2               |
|                                                                         |
|     STATE OF MARYLAND              Smith AMY BILLS              19372    |
|                                          50 MARYLAND AVENUE 5FLR         |
|                                          ROCKVILLE MD 20850              |
|                                          PHONE  240-777-7326             |
|                                                                         |
|        -vs-                                                             |
|                                                                         |
|     MOHAMMAD S. FOROOSNANI              NONE ASSIGNED AS OF THIS DATE    |
|                                                                         |
```

---------------------------------------------------------------------------

## C H A R G E S

```
#001    SEXUAL OFFENSE/SECOND DEGREE              ART.3    SEC306
#002    SEXUAL OFFENSE/SECOND DEGREE              ART.3    SEC306
#003    SEXUAL OFFENSE/THIRD DEGREE               ART.CL
#004    SEXUAL OFFENSE/THIRD DEGREE               ART.CL
#005    KIDNAPPING                                ART.3    SEC502
#006    FALSE IMPRISONMENT                        ART.CL
```

    VERDICT:                                 09:49:09 — 09:51:33

---------------------------------------------------------------------------

| Costs | Assessed | Received | Waived/Susp | Due |
|-------|----------|----------|-------------|-----|
| (none of record) | | | | |

---------------------------------------------------------------------------

```
DATE         SCHEDULED EVENT                PLDG  TIME LENGTH
 12/16/2005 HA 1056  RULE 4-215 HEARING            9:00
 12/30/2005 SH 0603  STATUS CONFERENCE             8:30
 12/30/2005          DISCOVERY COMPLETED
 12/30/2005          MOTIONS FILING DEADLINE
 01/27/2006          MOTION HEARING DATE*
 02/13/2006 JT 0583* TRIAL                         9:30 1 Day
```

AEAT

ANT

Reset 12/30/05  8:30am

### IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

Circuit Court Case No. 103952-C

Tracking No. 05-7015-00140-D

To:   MOHAMMAD S FOROOSNANI
      22880 WHELAN LANE
      BOYDS MD 20841

YOU ARE HEREBY SUMMONED TO APPEAR BEFORE THE CIRCUIT COURT FOR
MONTGOMERY COUNTY, TO BE HELD AT THE JUDICIAL CENTER IN ROCKVILLE, IN AND
FOR SAID COUNTY, ON THE 16th DAY OF December NEXT, AT 9:00 AM ,
IN THE MATTER OF: STATE OF MARYLAND AGAINST:
MOHAMMAD S FOROOSNANI

WITNESS, THE HONORABLE CHIEF JUDGE OF THE SIXTH JUDICIAL CIRCUIT OF
MARYLAND.

DATE ISSUED: 12/09/2005

Molly Q. Ruhl
MOLLY Q. RUHL, CLERK
of the Circuit Court for
Montgomery County, Maryland
50 Maryland Avenue
Rockville, MD 20850-2393

DATE OF BIRTH: 02/20/1957

TO THE PERSON SUMMONED:

YOU HAVE BEEN INDICTED BY THE GRAND JURY FOR MONTGOMERY COUNTY, OR AN
INFORMATION HAS BEEN FILED AGAINST YOU BY THE STATE'S ATTORNEY FOR
MONTGOMERY COUNTY. THE PURPOSE OF THIS SUMMONS IS TO NOTIFY YOU OF THE
SAME.

YOU ARE DIRECTED TO APPEAR IN PERSON AT THE TIME STATED ABOVE UNLESS YOUR
COUNSEL ENTERS AN APPEARANCE FOR YOU IN WRITING, AT OR BEFORE THAT TIME.
PLEASE REPORT TO THE ASSIGNMENT OFFICE, JUDICIAL CENTER, ROCKVILLE,
MARYLAND, FOR THE COURTROOM IN WHICH YOU ARE TO APPEAR. ATTACHED IS A
COPY OF THE CHARGING DOCUMENT.

NOTE:   FAILURE TO APPEAR OR COMPLY WITH THIS SUMMONS MAY RESULT IN A
        WARRANT FOR YOUR ARREST.

RETURN OF SERVICE

INVESTIGATING OFFICER:              DB HDQ.#:

CEPI:                               DATE:

## CRIMINAL RULE 4-215 HEARING

JUDGE NO./JUDGE: 0634  HARRINGTON  DATE: 12/16/2005   CASE NO.: 103952-C

CASE NAME: STATE OF MARYLAND vs. MOHAMMAD S FOROOSNANI

CTRM #: 01 Courtsmart: 09 : 49 :09  TO  09 : 51 : 33     SESSIONS: 1

          :     :     TO     :     :     HICKS: 00/00/0000

          :     :     TO     :     :    

- [ ] (464) Interpreter Sworn.
- [ ] (762) Writ return, filed.
- [ ] (765) Defendant's initial appearance.
- [x] (1056) Rule 4-215 hearing Called    [x] State's Attorney Ms Smith
- [ ] (681) Defendant appeared with counsel
- [ ] (674) Defendant appeared without counsel.
- [ ] (000) Defendant indicates _____ will represent.
- [ ] (1227) Defendant acknowledges receipt of Indictment/Information/and or copy of the Scheduling Order.
- [ ] (089) Court directs the Clerk's office to enter a plea of not guilty to all counts of the _____, pursuant to Rule 4-242(b4).
- [ ] (1518) Court advises the Defendant of his/her rights pursuant to Rule 4-215.
- [ ] (515) State's Attorney's/Defendant's oral Motion to Continue Rule 4-215 hearing granted/denied.
- [x] (555) Court resets Rule 4-215 hearing to December 30, 2005 at 8:30am
- [ ] (684) Court sets _____.

### Entries to be used when Defendant Fails to appear:

- [ ] (1056) Rule 4-215 hearing _____.
- State's Attorney _____
- [x] (1078) Defendant not transported.
- [ ] (1078) Mr./Ms. _____ appeared on behalf of the Defendant who was not present/transported.
- [ ] (111) Court revokes bond.
- [ ] (252) Court forfeits bond.
- [ ] (428) Court directs the Clerk's Office to reissue summons, returnable _____ at 9:00am.
- [ ] (650) Court Orders Warrant:
  - [ ] Returnable before a Circuit Court Judge only
  - [ ] _____
- [ ] _____

CRC005  20051006

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

## CRIMINAL SCHEDULING ORDER

MOHAMMAD S FOROOSNANI                    Case No. 103952-C
22880 WHELAN LANE
BOYDS MD 20841

Caption: STATE OF MARYLAND v. MOHAMMAD S FOROOSNANI

        This ORDER is your official notice of dates and required
Court appearances. It may not be modified except by leave of Court
upon a showing of good cause; stipulations between counsel shall not
be effective to change any deadlines in the order absent Court
approval. Parties shall provide discovery pursuant to Rule 4-263.
Sanctions may apply for failure to comply with the terms of this
Order.

DECEMBER 09, 2005                    *Ann S. Harrington*
FILING DATE                          Ann S. Harrington,
                                     County Administrative Judge

TRACK 2 (JAIL)

RULE 4-215 HEARING              12/16/2005 at 09:00am

STATUS CONFERENCE               12/30/2005 at 08:30am

DISCOVERY COMPLETED             12/30/2005

MOTIONS FILING DEADLINE         12/30/2005

MOTION HEARING DATE*            01/27/2006

TRIAL                           02/13/2006 at 09:30am

* NOTE: The motions hearing date will not be in effect unless
        motions are filed and the hearing is confirmed at the
        status conference.

Please give all enclosed papers to your attorney.
Por favor, dele a su abogado todos estos documentos.

                Distribution: Attorney of Record

# IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

Circuit Court Case No. 103952-C

Tracking No. 05-7015-00140-0

To: MOHAMMAD S FOROOSNANI
22880 WHELAN LANE
BOYDS MD 20841

YOU ARE HEREBY SUMMONED TO APPEAR BEFORE THE CIRCUIT COURT FOR MONTGOMERY COUNTY, TO BE HELD AT THE JUDICIAL CENTER IN ROCKVILLE, IN AND FOR SAID COUNTY, ON THE 16th DAY OF December NEXT AT 9:00 AM , IN THE MATTER OF: STATE OF MARYLAND AGAINST:
MOHAMMAD S FOROOSNANI

WITNESS, THE HONORABLE CHIEF JUDGE OF THE SIXTH JUDICIAL CIRCUIT OF MARYLAND.

DATE ISSUED: 12/09/2005

Molly Q. Ruhl

MOLLY Q. RUHL, CLERK
of the Circuit Court for
Montgomery County, Maryland
50 Maryland Avenue
Rockville, MD 20850-2393

DATE OF BIRTH: 02/20/1957

TO THE PERSON SUMMONED:

YOU HAVE BEEN INDICTED BY THE GRAND JURY FOR MONTGOMERY COUNTY, OR AN INFORMATION HAS BEEN FILED AGAINST YOU BY THE STATE'S ATTORNEY FOR MONTGOMERY COUNTY. THE PURPOSE OF THIS SUMMONS IS TO NOTIFY YOU OF THE SAME.

YOU ARE DIRECTED TO APPEAR IN PERSON AT THE TIME STATED ABOVE UNLESS YOUR COUNSEL ENTERS AN APPEARANCE FOR YOU IN WRITING, AT OR BEFORE THAT TIME. PLEASE REPORT TO THE ASSIGNMENT OFFICE, JUDICIAL CENTER, ROCKVILLE, MARYLAND, FOR THE COURTROOM IN WHICH YOU ARE TO APPEAR. ATTACHED IS A COPY OF THE CHARGING DOCUMENT.

NOTE: FAILURE TO APPEAR OR COMPLY WITH THIS SUMMONS MAY RESULT IN A WARRANT FOR YOUR ARREST.

---

## RETURN OF SERVICE

INVESTIGATING OFFICER: DB HDQ.#:

---

CEPI: DATE:

05/19/2006  09:40    4108233299            PRIORITY+ LEGAL LEGS          PAGE  18/27

May 19 06 09:51a  Forros, Bronan          4108233872          Page 24 of 33
Case 1:06-cv-00982-JR  Document 4    Filed 05/26/2006  Page 24 of 33

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

## CRIMINAL SCHEDULING ORDER

MOHAMMAD S FOROOSNANI                    Case No. 103952-C
22880 WHELAN LANE
BOYDS MD 20841


Caption: STATE OF MARYLAND v. MOHAMMAD S FOROOSNANI

        This ORDER is your official notice of dates and required
Court appearances.  It may not be modified except by leave of Court
upon a showing of good cause; stipulations between counsel shall not
be effective to change any deadlines in the order absent Court
approval.  Parties shall provide discovery pursuant to Rule 4-263.
Sanctions may apply for failure to comply with the terms of this
Order.


                                         *Ann S. Harrington*

DECEMBER 09, 2005                        Ann S. Harrington,
    FILING DATE                          County Administrative Judge


                         TRACK 2 (JAIL)

RULE 4-215 HEARING            12/16/2005 at 09:00am

STATUS CONFERENCE             12/30/2005 at 08:30am

DISCOVERY COMPLETED           12/30/2005

MOTIONS FILING DEADLINE       12/30/2005

MOTION HEARING DATE*          01/27/2006

TRIAL                         02/13/2006 at 09:30am



* NOTE: The motions hearing date will not be in effect unless
        motions are filed and the hearing is confirmed at the
        status conference.

Please give all enclosed papers to your attorney.
Por favor, dele a su abogado todos estos documentos.

                    Distribution: File            12/09/2005 16:16 #26

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

STATE OF MARYLAND                          :
                                           :
          vs.                              :    Criminal Number: $103952$
                                           :
MOHAMMAD S. FOROOSNANI                     :
MCCF                                       :
22880 Whelan Lane                          :
Boyds, MD 20841                            :
          Defendant.                       :

                              L I N E

Madame Clerk:

                                                    $19372$

          Please enter the appearance of Amy J. Bills as the attorney for
the State of Maryland in the above-captioned case.

                      CERTIFICATE OF SERVICE

          I HEREBY CERTIFY that a copy of the foregoing Line was mailed,
postage prepaid, on this _____ of December, 2005, to MOHAMMAD S.
FOROOSNANI at the above address.

          FILED

          DEC 0 9 2005

          Clerk of the Circuit Court
          Montgomery County, Md.

                              Respectfully submitted,

                              Douglas F. Gansler
                              State's Attorney for
                                Montgomery County, Maryland

                      By:     _____
                              Amy J. Bills
                              Assistant State's Attorney for
                                Montgomery County, Maryland

ajb:A
12/2/05

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

STATE OF MARYLAND                          :
                                           :
vs.                                        :      Criminal Number: 103952
                                           :
MOHAMMAD S. FOROOSNANI                     :
                                           :
             Defendant.                    :

## I N D I C T M E N T   0532

### STATE OF MARYLAND, MONTGOMERY COUNTY, to wit:

COUNT ONE:  Sexual Offense in the Second Degree

    The Grand Jurors of the State of Maryland, for the body of
Montgomery County, upon their oaths and affirmations, present that
MOHAMMAD S. FOROOSNANI, on or about May 25, 2005, in Montgomery
County, Maryland, did commit a sexual offense in the second degree
on ▓▓▓▓▓▓▓▓ to wit: fellatio, in violation of Section 3-306
of the Criminal Law Article against the peace, government, and
dignity of the State.


COUNT TWO:  Sexual Offense in the Second Degree  0532

    The Grand Jurors of the State of Maryland, for the body of Montgomery
County, upon their oaths and affirmations, present that MOHAMMAD S.
FOROOSNANI, on or about May 25, 2005, in Montgomery County, Maryland,
did commit a sexual offense in the second degree on ▓▓▓▓▓▓
▓▓▓▓▓▓ to wit: anal intercourse, in violation of Section 3-306
of the Criminal Law Article against the peace, government, and
dignity of the State.


## FILED

DEC 0 9 2005

Clerk of the Circuit Court
Montgomery County, Md.

COUNT THREE:  Sexual Offense in the Third Degree  0533

The Grand Jurors of the State of Maryland, for the body of Montgomery
County, upon their oaths and affirmations, present that MOHAMMAD S.
FOROOSNANI, on or about May 25, 2005, in Montgomery County, Maryland,
did commit a sexual offense in the third degree on ▮▮▮▮
▮▮▮▮▮ to wit: fondled her breasts, in violation of Section
3-307 of the Criminal Law Article against the peace, government,
and dignity of the State.

COUNT FOUR:  Sexual Offense in the Third Degree  0533

The Grand Jurors of the State of Maryland, for the body of
Montgomery County, upon their oaths and affirmations, present that
MOHAMMAD S. FOROOSNANI, on or about May 25, 2005, in Montgomery County,
Maryland, did commit a sexual offense in the third degree on ▮▮▮▮
▮▮▮▮▮ to wit: fondled her vaginal area, in violation of Section 3-307
of the Criminal Law Article against the peace, government, and dignity
of the State.

COUNT FIVE:  <u>Kidnapping</u>   $2223$

 The Grand Jurors of the State of Maryland, for the body of
Montgomery County, upon their oaths and affirmations, present
that **MOHAMMAD S. FOROOSNANI**, on or about May 25, 2005, in
Montgomery County, Maryland, did, by force and fraud, carry and
cause to be carried ████████████, with intent to have Karli
Schrider carried and concealed, in violation of Section 3-502 of
the Criminal Law Article against the peace, government, and
dignity of the State.

COUNT SIX:  Underline{False Imprisonment}  0284

    The Grand Jurors of the State of Maryland, for the body of
Montgomery County, upon their oaths and affirmations, present
that **MOHAMMAD S. FOROOSNANI**, on or about May 25, 2005, in
Montgomery County, Maryland, did falsely confine and detain ███████
███████, by force and threat of force and against her will, in
violation of the Common Law and against the peace, government,
and dignity of the State.

                              TRUE BILL

                              FOREPERSON OF THE GRAND JURY

                              _____

                              STATE'S ATTORNEY FOR
                              MONTGOMERY COUNTY, MARYLAND

                              _____

Upon the information of:
Detective Reilly                   05-7015-00140-0

PH: Superceding Indictment to 102846

## ADDENDUM TO CHARGING DOCUMENT

**TO THE PERSON CHARGED:**

1. This paper charges you with committing a crime.

2. If you have been arrested, you have the right to have a judicial officer decide whether you should be released from jail until your trial.

3. You have the right to have a lawyer.

4. A lawyer can be helpful to you by:

   . explaining the charges in this paper;
   . explaining the possible penalties to you;
   . helping you at trial;
   . helping you protect your constitutional rights; and,
   . helping you to get a fair penalty if convicted.

5. Even if you plan to plead guilty, a lawyer can be helpful.

6. If you want a lawyer but do not have the money to hire one, the Public Defender may provide a lawyer for you.  The Court Clerk will tell you how to contact the Public Defender.

7. If you want a lawyer but you cannot get one and the Public Defender will not provide one for you, contact the Court Clerk as soon as possible.

8. **DO NOT WAIT UNTIL THE DATE OF YOUR TRIAL TO GET A LAWYER!** If you do not have a lawyer before the trial date, you may have to go to trial without one.

Rule 4-202, Maryland Rules of Procedure.

**DISTRICT COURT OF MARYLAND FOR** Montgomery ........ (City/County)

LOCATED AT (COURT ADDRESS)
27 Courthouse Square
Rockville, MD 20850

RELATED CASES:

COMPLAINANT / APPLICANT
Det. Sean Reilly
Name (Print)
2350 Research Blvd
Address (Number and Street)
Rockville, MD 20850
City, State, Zip Code        Telephone
MCPD        G-15        1163
Agency, Sub-Agency, and I.D. #    (Officer Only)

DEFENDANT
Foroosnani, Mohammad Sarrami
Name (Print)
10 Dalamar Street Apt. 1
Address (Number and Street)
Galthersburg MD
City, State, Zip Code        Telephone
W05-027262

DEFENDANT'S DESCRIPTION Driver's License #.......................... Sex M. Race W. Ht. 5-09 Wt. 200
Hair Black Eyes .......... Complexion Med .......... Other .................... D.O.B. 02/20/1957 .... ID ......

**APPLICATION FOR STATEMENT OF CHARGES**    Page 1 of 3

I, the undersigned, apply for a statement of charges and a summons or warrant which may lead to the arrest of the above named defendant because on or about 05/25/2005 at The boat ramp located at

Greenbridge Road Brookeville Montgomery County Maryland ........................ , the above named Defendant
Did commit Kidnapping, False Imprisonment, Second Degree Assault, and two counts of Second Degree Sex Offense on
(Concise statement of acts showing that there is probable cause to believe that a crime has been committed and that the Defendant has committed it.)

See Continuations for Narrative

(Continued on attached 2 pages) DC/CR 1A)

I solemnly affirm under the penalties of perjury that the contents of this Application are true to the best of my knowledge, information and belief.
5/26/05    Det. S_____ 1163
Date    Officer's Signature

I have read, or had read to me, and I understand the Notice on the Back of this form.

Date    Applicant's Signature

Subscribed and sworn to before me this 26 day of May ........... , 2005
Time: .... 11:20 A M Judge/Commissioner ............ I.D. 6567
I understand that a charging document has been issued and that I must appear for trial ☐ on ....
at .......... , ☐ when notified by the Clerk, at the Court location shown at the top of this form.

Applicant's Signature

☐ I declined to issue a charging document because of lack of probable cause.

Date    Commissioner

Witnesses' Names and Addresses:

| Name | Number and Street / Agency / Sub-Agency / I.D. | City, State, Zip |
| --- | --- | --- |
| Name | Number and Street / Agency / Sub-Agency / I.D. | City, State, Zip |
| Name | Number and Street / Agency / Sub-Agency / I.D. | City, State, Zip |

PC DC/CR 1 (Rev. 9/99)    COURT COPY

## CIRCUIT COURT TRACKING NUMBER TRANSMITTAL FORM

| ORIGINAL FILING | | FILING LOG | CIRCUIT COURT FOR |
|---|---|---|---|
| 05-7015-00140-0 | 05-7015-00140-0 | 05-7015-00140-0 | Montgo |

| DEFENDANT'S NAME (LAST, FIRST, M.I.) | CASE NUMBER | TRACKING NUMBER - CRCR  05-7015-00140-0 |
|---|---|---|
| Foroosnani, Mohammad | | |

### INSTRUCTIONS TO STATE'S ATTORNEY
*(USE ONLY FOR CASES ORIGINATING IN THE CIRCUIT COURT BY THE STATE'S ATTORNEY)*

1. ENTER defendant's name, the circuit court, court identification number, and case number.

2. AFFIX the tracking number label marked "Original Filing" to the indictment or information (See Note).

3. TRANSMIT this form to the Clerk of the Court attached to the indictment or information.

4. RETAIN copy of transmittal form(s) in case file.

NOTE: When a multiple indictment or information is filed against a defendant that arises from a single incident, a single form and its unique tracking number should be used. Also, use a separate form for each defendant in a multiple defendant indictment or information and affix labels so they are identified with each co-defendant. However, when a multiple indictment or information is filed against a defendant for separate incidents, a separate form and its unique tracking number should be used for each incident.

| 05-7015-00140-0 | 05-7015-00140-0 | 05-7015-00140-0 | 05-7015-00140-0 | 05-7015-00140-0 |
|---|---|---|---|---|

### INSTRUCTIONS TO CLERK ON RECEIPT OF FORM
*(RETAIN FORM WITH CASE FILE)*

1. INITIAL FILING
   a. VERIFY    entry of court identification number and case number.
   b. AFFIX    label(s) marked "Filing Log" to the Daily Case Filing Log sent to Judicial Information Systems or, if reporting is automated, ENTER number in field used for Tracking Number.

2. ISSUANCE OF A WARRANT
   a. If warrant issues, REMOVE strip that includes label marked "Tracking Number - CRCR."
   b. AFFIX    strip to top of the front of fingerprint card supplied by the CJIS Customer Services (410-764-4501 or 1-888-795-0011).
   c. GIVE    warrant, card, and charging document to law enforcement agency serving warrant.
      NOTE: With a multiple indictment or information originating from separate incidents against the same defendant, AFFIX strip with lowest number in sequence on the top of the front of each card. AFFIX additional strips from other forms to front of card in blocks labeled Arrest #2 and Arrest #3.

3. ISSUANCE OF A SUMMONS
   If summons issues, merely PLACE form in case file after affixing label as in 1b. NOTE: If defendant is also fingerprinted upon the service of a summons, follow Paragraph 2.

4. AT SENTENCING-NO PREVIOUS FINGERPRINTING; AFFIXING LABEL(S) TO COMMITMENT AND/OR ORDER FOR PROBATION
   a. COURT ORDERED FINGERPRINTING - If defendant pleads guilty or nolo contendere, or is found guilty and fingerprinting is ordered pursuant to Article 27, Section 747 A, REMOVE the strip that includes the label marked "Tracking Number - CRCR" and AFFIX it to the fingerprint card. PREPARE an order for fingerprinting and GIVE copy of order and card to law enforcement agency designated to fingerprint. AFFIX label(s) to copy of commitment sent to local facility.
   b. COMMITMENT TO DIVISION OF CORRECTION - Do not prepare court order. AFFIX strip(s) to fingerprint card and send with commitment. But if strip(s) has/have been used, use label(s) and AFFIX to card sent to Division. Also AFFIX label(s) to copy of commitment sent to Division.
   c. PROBATION - AFFIX label(s) to copy of Order for Probation given to agent. If split sentence use additional label(s).

FORM CCTN - 1    Rev 8/6/89

**05-7015-00140-0**

# CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND
## CASE TRACKING INFORMATION

DATE: 4/2/05

CASE #: 103952          STATE V. Mohammed Faroosnani

IS DEFENDANT CURRENTLY INCARCERATED? Yes

WHERE? MccF

DEFENDANT'S DOB: 02/20/1957

WRIT ISSUED? _____

LEAD (MOST SERIOUS) CHARGE: 2° sex offense + kidnapping

RELATED CASES: _____

CO-DEFENDANTS (INCLUDE CASE #'S IF AVAILABLE): _____

_____

CO-DEFENDANTS TO BE ADMINISTRATIVELY JOINED**: _____

**DISTRICT COURT TRACKING NUMBERS: _____

_____

**TRACK REQUESTED:** (CIRCLE ONE TRACK)

    0    8:30 DOCKET—INFORMATION.

    ②    ROUTINE/DEFENDANT LOCALLY INCARCERATED.

    3    ROUTINE/DEFENDANT ON BOND/WRIT STATUS

    4    COMPLEX.

**PRESUMED ROUTINE:**    AGGRAVATED ASSAULT, ROBBERY, CDS, THEFT, BURGLARY, FORGERY, UTTERING.

**PRESUMED COMPLEX:**    HOMICIDE, RAPE, 1ST & 2ND DEGREE SEX OFFENSES, CHILD ABUSE, MAJOR FRAUD, CONSOLIDATED CASES, ARSON, DNA CASES.

REASONS FOR ASSIGNING CASE TO TRACK OTHER THAN PRESUMED TRACK:

Superceding Indictment to Criminal 102346

_____

                                        B. Ho      /240- 777-7326
                                        ASSISTANT STATE'S ATTORNEY/PHONE #

INITIAL DCM ADMINISTRATION TRACK DESIGNATION: _____