FILED

MAY 31 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**U.S. DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE | * |
| Plaintiff | * |
| | * Civil Action No.: 06-982 |
| v. | * |
| LOGISTICARE SOLUTIONS, LLC *et al* | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER ON MOTION TO SEAL
NOTICE OF REMOVAL**

The Court, having considered the Motion to Seal Notice of Removal, and any response thereto, hereby GRANTS the Motion and ORDERS that the Notice of Removal, and any and all exhibits thereto, as well as any other pleadings or documents identifying Plaintiff by her actual name, be maintained by the Court under seal and protected from disclosure to the public.

_____
United States District Judge