**U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| **JANE DOE, by her Guardian of the Person and Property, Kathleen Mitchell** : : : | |
| **Plaintiff,** : : | |
| v. : | C.A. No. 06-0982-JR |
| : **LOGISTICARE SOLUTION, LLC, et. al.** : : | |
| **Defendants.** : | |

## PRAECIPE

Please enter the appearance of Donna E. McBride of Miller, Miller & Canby as co-counsel for the Defendant, Regency Cab, Inc.

                              Respectfully submitted,

                              MILLER, MILLER & CANBY

                              ____/s/_____
                              Donna E. McBride, DC Bar No. 435636
                              200-B Monroe St.
                              Rockville, MD 20850
                              301.762.5212
                              dmcbride@mmcanby.com
                              Co-Counsel for Defendant Regency Cab, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on the 1st day of June, 2006, a copy of the foregoing Praecipe was electronically served upon:

    Daniel L. Shea
    Brault, Graham, LLC
    101 S Washington St
    Rockville, MD  20850
    dls@braultgraham.com
    301-424-1060
    *Co-Counsel for Regency Cab*

Michael Carlson
Anderson, Coe & King
201 North Charles Street, Suite 2000
Baltimore, MD  21201
Carlson@acklaw.com
410-752-1630
*Attorney for WMATA & LogistiCare*

Terence J. O'Connell
O'Connell, O'Connell & Sarsfield
401 E. Jefferson Street, Suite 204
Rockville, MD  20850
toconnell@oconnelllaw.com
301-424-2300
*Attorney for Challenger*

Michael DeSantis, Esq.
Hartel, Kane, Desantis, MacDonald & Howie, LLP
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
mdesantis@hartelkane.com
*Attorney for Challenger*

Tamara Goorevitz
2 North Charles Street, Suite 600
Baltimore, MD 21201
410-230-3625
tgoorevitz@fandpnet.com
*Attorney for MV Transportation*

John Cord
1829 Reisterstown Rd., #320
Baltimore, MD 21208
410.653.3200
*Attorney for Jane Doe*

                                                _____/s/_____
                                                Donna E. McBride