IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANE DOE<br>by her Guardian of the Person<br>And Property KATHLEEN MITCHELL | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | CIVIL CASE NO. 1:06-cv-00982-JR |
| LOGISTICARE SOLUTIONS, LLC, *et al.* | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS LOGISTICARE SOLUTIONS, LLC'S, AND WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY'S MOTION TO TRANSFER VENUE

Comes now Plaintiff, Jane Doe, by her Guardian of the Person and Property, Kathy Mitchell, through her attorneys, Christian C. Mester and Janet, Jenner & Suggs, LLC, and with the consent of Defendants, Logisticare Solutions, LLC, Washington Metropolitan Area Transit Authority, and Regency Cab, Inc., move for extension of time to respond to Defendants Logisticare Solutions, LLC's, and Washington Metropolitan Area Transit Authority's Motion to Transfer Venue. In support thereof, please see the accompanying Memorandum of Points and Authorities, incorporated herein by reference.

Respectfully submitted,

JANET, JENNER & SUGGS, LLC

_____
Christian C. Mester, Esquire (Bar No. 470209)
JANET, JENNER & SUGGS, LLC
1829 Reisterstown Road, Suite 320
Baltimore, Maryland 21208
(410) 653-3200
(410) 653-9030 (fax)
Cmester@medlawlegalteam.com

Attorneys for Plaintiff