IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE<br>by her Guardian of the Person<br>And Property KATHLEEN MITCHELL | *<br><br>* |
| Plaintiff, | * |
| v. | *   CIVIL CASE NO. 1:06-cv-00982-JR |
| LOGISTICARE SOLUTIONS, LLC, *et al.* | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*\*

### AFFIDAVIT OF CHRISTIAN C. MESTER, ESQUIRE

I, Christian C. Mester, Esquire, being over the age of eighteen and competent to testify, do hereby state the following, upon my personal knowledge:

1. I am counsel for Plaintiff Jane Doe, by her Guardian of the Person and Property, Kathleen Mitchell, in Civil Case No. 1:06-cv-00982-JR, Jane Doe, by her Guardian of the Person and Property, Kathleen Mitchell v. Logisticare Solutions, LLC, *et al.*

2. I spoke with Michael J. Carlson, Esquire, counsel for Defendants Logisticare Solutions, LLC, and Washington Metropolitan Area Transit Authority, telephonically on June 6, 2006.

3. In that conversation, Mr. Carlson consented to Plaintiff's request for extension of time to file a response to his clients' Motion to Transfer Venue. Plaintiff requested an extension to June 26, 2006, which is the same date that Plaintiff's response to the Notice of Removal is due.

4. I directed my law clerk, Jason A. Ostendorf to contact counsel for Defendants Regency Cab, Inc., Challenger, and MV Public Transportation, Inc, to request an extension to June 26, 2006, for Plaintiff's response to the Motion to Transfer Venue.

5. On June 7, 2006, my law clerk spoke with Daniel L. Shea, Esquire, counsel for

**EXHIBIT 1**

Defendant Regency Cab, Inc, and Mr. Shea consented to Plaintiff's request for extension of time to June 26, 2006, to file a response to Defendants' Motion to Transfer Venue.

6. On June 7, 2006, my law clerk spoke with Tamara Goorevitz, Esquire, counsel for Defendant MV Public Transportation, Inc., and Ms. Goorevitz consented to Plaintiff's request for extension of time to June 26, 2006, to file a response to Defendants' Motion to Transfer Venue

7. On June 6, 2006, my law clerk left voicemail messages with counsel for Challenger Transportation, Inc. In that voicemail message, he explained Plaintiff's request for consent to extend the deadline to respond to Defendants' Motion to Transfer Venue. As of the date of this Affidavit, our office has not received any communication from counsel for Challenger Transportation, Inc.

I HEREBY CERTIFY UNDER PENALTIES OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE, BASED UPON MY PERSONAL KNOWLEDGE.

_June 7, 2006_
Date

_____
Christian C. Mester, Esquire

Notarized this 7th day of June, 2006, by SHARON MARIE SILWICK, a Notary Public in the state of 7/8/2007, upon witness of the signature of the above named signatory.

Notary Seal:

-2-