IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOE** <br> **by her Guardian of the Person** <br> **And Property KATHLEEN MITCHELL** | * <br><br> * |
| **Plaintiff,** | * |
| v. | *   CIVIL CASE NO. 1:06-cv-00982-JR |
| **LOGISTICARE SOLUTIONS, LLC,** *et al.* | * |
| **Defendants.** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*\*

## ORDER

Upon consideration of the Plaintiff's Consent Motion for Extension of Time to Respond to Defendants Logisticare Solutions, LLC's, and Washington Metropolitan Area Transit Authority's Motion to Transfer Venue, it this ____ day of _____, 2006,

**ORDERED**, Plaintiff shall have until June 26, 2006 to respond to Defendants' Motion to Transfer Venue.

_____   _____
Date                                                                         Judge

Copies to:

Michael J. Carlson, Esquire
Anderson, Coe & King, LLP
201 North Charles Street, Suite 2000
Baltimore, MD 21201
*Attorney for WMATA and Logisticare*

Terence J. O'Connell, Esquire
O'Connell, O'Connell & Sarsfield
401 E. Jefferson Street, Suite 204
Rockville, MD 20850
*Attorney for Challenger Transportation, Inc.*

Michael DeSantis, Esquire
Hartel, Kane, DeSantis, MacDonald & Howie, LLP
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
*Attorney for Challenger Transportation, Inc.*

Daniel L. Shea, Esquire
Brault, Graham, LLC
101 South Washington Street
Rockville, MD 20850
*Attorney for Regency Cab, Inc.*

Christian C. Mester, Esquire
Janet, Jenner & Suggs, LLC
1829 Reisterstown Road, Suite 320
Baltimore, MD 21208
*Attorney for Plaintiff*

Raymond Ramsey, Esquire 360 Campus Lane, Suite 201
Fairfield, California 94534
*Attorney for MV Public Transportation, Inc.*

Tamara B. Goorevitz, Esquire
Franklin & Prokopik
One North Charles Street, Suite 100
Baltimore, MD 21201
*Attorney for MV Public Transportation, Inc.*

Donna Ellen McBride, Esquire
Miller, Miller & Canby
200-B Monroe Street
Rockville, MD 20850
*Attorney for Regency Cab, Inc.*

Mohammad Sarrami Foroosnani
Maryland Correctional Facility
18601 Roxbury Road
Hagerstown, Maryland 21746