UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE : <br> By her Guardian of the Person : <br> And Property KATHELEEN MITCHELL : <br> : <br> Plaintiff : <br> : <br> v. : <br> : <br> LOGISTICARE SOLUTIONS, LLC, et al. : <br> : <br> Defendants : | Case No. 1:06-CV-00982-JR |

### DEFENDANT REGENCY CAB, INC.'S JOINDER IN AND CONSENT TO DEFENDANTS LOGISTICARE SOLUTIONS, LLC'S AND WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY'S MOTION TO TRANSFER VENUE

Comes now Defendant, REGENCY CAB, INC., by and through counsel, DANIEL L. SHEA and BRAULT GRAHAM, LLC, and join in and consent to Defendants Logisticare Solutions, LLC's and Washington Metropolitan Area Transit Authority's Motion to Transfer Venue. In support thereof, the Court is referred to the Defendants' Motion and supporting Memorandum of Points and Authorities which are incorporated herein by reference.

Respectfully submitted,

/s/
Daniel L. Shea
Brault Graham, LLC
101 South Washington Street
Rockville, Maryland 20850
(301) 424-1060
(301) 424-7991 (fax)
**Attorneys for Defendant Regency Cab, Inc.**

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on this 8th day of June, 2006, copies of the foregoing were electronically served on and mailed First Class Mail, postage prepaid, to:

Christian C. Mester, Esquire
Janet, Jenner & Suggs, LLC
1829 Reisterstown Road
Suite 320
Baltimore, Maryland 21208
*Attorneys for Plaintiff*

Terence J. O'Connell, Esquire
O'Connell, O'Connell & Sarsfield
401 East Jefferson Street
Suite 204
Rockville, Maryland 20850
*Attorney for Defendant Challenger Transportation, Inc.*

Michael DeSantis, Esquire
Hartel, Kane, DeSantis, MacDonald & Howie, LLP
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
**Attorney for Challenger Transportation, Inc.**

Michael J. Carlson, Esquire
Anderson, Coe & King, L.L.P.
201 North Charles Street
Suite 2000
Baltimore, Maryland 21201
*Attorney for Defendants WMATA and Logisticare Solutions, LLC*

Tamara B. Goorevitz, Esquire
Franklin & Prokopik
One North Charles Street, Suite 100
Baltimore, Maryland 21201
*Attorney for Defendant MV Public Transportation, Inc.*

Raymond J. Ramsey, Esquire (via First Class Mail Only)
360 Campus Lane, Suite 201
Fairfield, California 94534
*Attorney for Defendant MV Public Transportation, Inc.*

Donna E. McBride, Esquire
Miller, Miller & Canby, Chartered
200-B Monroe Street
Rockville, Maryland 20850
***Co-counsel for Regency Cab, Inc.***

Mohammad Sarrami Foroosnani (via First Class Mail Only)
c/o Maryland Correctional Facility
18601 Roxbury Road
Hagerstown, Maryland 21746

                                             /s/
                                    Daniel L. Shea