# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | )   Case No.  06-cv-00982-JR |
| | ) |
| LOGISTICARE SOLUTIONS, LLC et al, | ) |
| | ) |
| Defendant(s). | ) |

## NOTICE REGARDING SUPERIOR COURT FILE

The original file, certified copy of transfer order, and docket sheet received from the Superior Court for the District of Columbia is in paper form only and UNDER SEAL, and is being maintained in the in the Clerk's office.  The Superior Court Case Number is 06ca3171.

NANCY MAYER-WHITTINGTON, CLERK

Date:   June 13, 2006