IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE | * |
|     Plaintiff | * |
| v. | *    Civil Action No.: 06-cv-0982 |
| LOGISTICARE SOLUTIONS, LLC, et al. | * |
|     Defendant | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PRAECIPE OF ENTRY OF APPEARANCE**

Please enter the appearance of Tamara B. Goorevitz of Franklin & Prokopik, PC, as counsel for Defendant MV Public Transportation, Inc. (incorrectly named in Complaint as MV Public Transportation, Inc. d/b/a MV Transport as successor in interest to Logisticare Solutions, LLC d/b/a MetroAccess Paratransit d/b/a METROACCESS).

Respectfully submitted,

      /s/
Tamara B. Goorevitz
DC Bar No. 465740
Franklin & Prokopik, PC
Two North Charles Street
Suite 600
Baltimore, Maryland 21201
(410) 230-3625
tgoorevitz@fandpnet.com
Attorneys for Defendant MV Public Transportation, Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this  20th  day of June, 2006, a copy of the foregoing Praecipe of Entry of Appearance was mailed first class, postage prepaid to:

Christian C. Mester, Esquire
Janet, Jenner & Suggs LLC
Woodholme Center
1829 Reisterstown Road, Suite 320
Baltimore, MD  21208
(410) 653-3200
Attorneys for Plaintiff

Daniel L. Shea, Esquire
Brault Graham, LLC
101 South Washington Street
Rockville, MD  20850

Terance J. O'Connell, Esquire
401 East Jefferson Street, Suite 204
Rockville, MD  20850

Michael A. DeSantis, Esquire
Hartel, Kane, DeSantis, MacDonald & Howie, LLP
6301 Ivy Lane, Suite 800
Greenbelt, MD  20770

Mohammad Sarrami Foroosnani
c/o Maryland Correctional Facility
18601 Roxbury Road
Hagerstown, Maryland 21746

                                                      /s/
                                            Tamara B. Goorevitz