IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE<br>by her Guardian of the Person<br>And Property KATHLEEN MITCHELL | *<br>*|
| **Plaintiff,** | * |
| v. | *   CIVIL CASE NO. 1:06-cv-00982-JR |
| **LOGISTICARE SOLUTIONS, LLC,** *et al.* | * |
| **Defendants.** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of Plaintiff's Motion to Dismiss Defendant Washington Metropolitan Area Transit Authority, and any opposition thereto, and any oral argument thereon, it this ___ day of _____, 2006,

**ORDERED**, that Defendant Washington Metropolitan Area Transit Authority is dismissed without prejudice.

_____   _____
Date                               Judge, United States District
                                   Court for the District of Columbia

Copies to:

Michael J. Carlson, Esquire          Terence J. O'Connell, Esquire
Anderson, Coe & King, LLP            O'Connell, O'Connell & Sarsfield
201 North Charles Street, Suite 2000 401 E. Jefferson Street, Suite 204
Baltimore, MD 21201                  Rockville, MD 20850
*Attorney for WMATA and Logisticare* *Attorney for Challenger Transportation, Inc.*

-2-

Michael DeSantis, Esquire
Hartel, Kane, DeSantis, MacDonald &
Howie, LLP
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
*Attorney for Challenger Transportation, Inc.*

Daniel L. Shea, Esquire
Brault, Graham, LLC
101 South Washington Street
Rockville, MD 20850
*Attorney for Regency Cab, Inc.*

Christian C. Mester, Esquire
Janet, Jenner & Suggs, LLC
1829 Reisterstown Road, Suite 320
Baltimore, MD 21208
*Attorney for Plaintiff*

Tamara B. Goorevitz, Esquire
Franklin & Prokopik
One North Charles Street, Suite 100
Baltimore, MD 21201
*Attorney for MV Public Transportation, Inc.*

Donna Ellen McBride, Esquire
Miller, Miller & Canby
200-B Monroe Street
Rockville, MD 20850
*Attorney for Regency Cab, Inc.*

Mohammad Sarrami Foroosnani
Maryland Correctional Facility
18601 Roxbury Road
Hagerstown, Maryland 21746