IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANE DOE<br>by her Guardian of the Person<br>And Property KATHLEEN MITCHELL | * | |
| | * | |
| **Plaintiff,** | * | |
| v. | * | CIVIL CASE NO. 1:06-cv-00982-JR |
| LOGISTICARE SOLUTIONS, LLC, *et al.* | * | |
| **Defendants.** | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### ORDER

Upon consideration of Plaintiff's Motion to Remand to the Superior Court of the District of Columbia, and any opposition thereto, and any oral argument thereon, it this ___ day of _____, 2006,

**ORDERED**, that this case is remanded to the Superior Court of the District of Columbia.

_____     _____
Date                                                                Judge, United States District
                                                                          Court for the District of Columbia

Copies to:

Michael J. Carlson, Esquire
Anderson, Coe & King, LLP
201 North Charles Street, Suite 2000
Baltimore, MD 21201
*Attorney for WMATA and Logisticare*

Terence J. O'Connell, Esquire
O'Connell, O'Connell & Sarsfield
401 E. Jefferson Street, Suite 204
Rockville, MD 20850
*Attorney for Challenger Transportation, Inc.*

-2-

| | |
|---|---|
| Michael DeSantis, Esquire<br>Hartel, Kane, DeSantis, MacDonald &<br>Howie, LLP<br>6301 Ivy Lane, Suite 800<br>Greenbelt, Maryland 20770<br>*Attorney for Challenger Transportation, Inc.* | Tamara B. Goorevitz, Esquire<br>Franklin & Prokopik<br>One North Charles Street, Suite 100<br>Baltimore, MD 21201<br>*Attorney for MV Public Transportation, Inc.* |
| Daniel L. Shea, Esquire<br>Brault, Graham, LLC<br>101 South Washington Street<br>Rockville, MD 20850<br>*Attorney for Regency Cab, Inc.* | Donna Ellen McBride, Esquire<br>Miller, Miller & Canby<br>200-B Monroe Street<br>Rockville, MD 20850<br>*Attorney for Regency Cab, Inc.* |
| Christian C. Mester, Esquire<br>Janet, Jenner & Suggs, LLC<br>1829 Reisterstown Road, Suite 320<br>Baltimore, MD 21208<br>*Attorney for Plaintiff* | Mohammad Sarrami Foroosnani<br>Maryland Correctional Facility<br>18601 Roxbury Road<br>Hagerstown, Maryland 21746 |