**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JANE DOE** | * |
| **by her Guardian of the Person** | |
| **And Property KATHLEEN MITCHELL** | * |
| | |
| **Plaintiff,** | * |
| | |
| **v.** | *    CIVIL CASE NO. 1:06-cv-00982-JR |
| | |
| **LOGISTICARE SOLUTIONS, LLC,** *et al.* | * |
| | |
| **Defendants.** | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**ORDER**

Upon consideration of Defendants Washington Metropolitan Area Transit Authority and Logisticare Solutions, LLC's Motion to Transfer Venue, Plaintiff's Memorandum of Points and Authorities in Opposition, any other opposition thereto, and any oral argument thereon, it this ___ day of _____, 2006,

**ORDERED**, that Defendants Logisticare Solutions, LLC and Washington Metropolitan Area Transit Authority's Motion to Transfer Venue is denied.

_____
Date

_____
Judge, United States District
Court for the District of Columbia

Copies to:

Michael J. Carlson, Esquire
Anderson, Coe & King, LLP
201 North Charles Street, Suite 2000
Baltimore, MD 21201
*Attorney for WMATA and Logisticare*

Terence J. O'Connell, Esquire
O'Connell, O'Connell & Sarsfield
401 E. Jefferson Street, Suite 204
Rockville, MD 20850
*Attorney for Challenger Transportation, Inc.*

Michael DeSantis, Esquire
Hartel, Kane, DeSantis, MacDonald &
Howie, LLP
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
*Attorney for Challenger Transportation, Inc.*

Tamara B. Goorevitz, Esquire
Franklin & Prokopik
One North Charles Street, Suite 100
Baltimore, MD 21201
*Attorney for MV Public Transportation, Inc.*

Daniel L. Shea, Esquire
Brault, Graham, LLC
101 South Washington Street
Rockville, MD 20850
*Attorney for Regency Cab, Inc.*

Donna Ellen McBride, Esquire
Miller, Miller & Canby
200-B Monroe Street
Rockville, MD 20850
*Attorney for Regency Cab, Inc.*

Christian C. Mester, Esquire
Janet, Jenner & Suggs, LLC
1829 Reisterstown Road, Suite 320
Baltimore, MD 21208
*Attorney for Plaintiff*

Mohammad Sarrami Foroosnani
Maryland Correctional Facility
18601 Roxbury Road
Hagerstown, Maryland 21746