



**Start:** 6500 Cherrywood Ln
Greenbelt, MD 20770-1249, US

**End:** 333 Constitution Ave Nw
Washington, DC 20001-2802, US

**Notes:**



| Directions | Distance |
|---|---|
| **Total Est. Time:** 22 minutes    **Total Est. Distance:** 13.48 miles | |
| **1:** Start out going NORTHEAST on CHERRYWOOD LN toward KENILWORTH AVE / MD-201. | 0.3 miles |
| **2:** Turn RIGHT onto KENILWORTH AVE / MD-201 S. | 0.6 miles |
| **3:** Merge onto CAPITAL BELTWAY / I-495 S / I-95 S toward RICHMOND VA / ANDREWS AFB. | 0.9 miles |
| **4:** Take the BALT / WASH PKWY SOUTH exit- EXIT 22B- toward WASHINGTON. | 0.3 miles |
| **5:** Merge onto MD-295 S. | 5.1 miles |
| **6:** Merge onto NEW YORK AVE NE / US-50 W toward WASHINGTON (Crossing into DISTRICT OF COLUMBIA). | 5.0 miles |
| **7:** Take I-395 S toward TUNNEL. | 0.3 miles |
| **8:** Take the exit. | 0.2 miles |
| **9:** Turn SLIGHT LEFT onto 3RD ST NW. | 0.3 miles |
| **10:** Turn RIGHT onto CONSTITUTION AVE NW. | <0.1 miles |
| **11:** End at 333 Constitution Ave Nw Washington, DC 20001-2802, US | |
| **Total Est. Time:** 22 minutes    **Total Est. Distance:** 13.48 miles | |

**EXHIBIT 1**



**Start:**
**6500 Cherrywood Ln**
Greenbelt, MD 20770-1249, US

**End:**
**333 Constitution Ave Nw**
Washington, DC 20001-2802, US





All rights reserved. Use Subject to License/Copyright
These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.