IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANE DOE | * | |
|    Plaintiff | * | |
| v. | * | Civil Action No.: <u>06-cv-0982</u> |
| LOGISTICARE SOLUTIONS, LLC, et al. | * | |
|    Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### STIPULATION TO EXTEND TIME FOR DEFENDANT, MV PUBLIC TRANSPORTATION, INC. TO FILE RESPONSIVE PLEADING

MV Public Transportation, Inc. (incorrectly named in Complaint as MV Public Transportation, Inc. d/b/a MV Transport as successor in interest to Logisticare Solutions, LLC d/b/a MetroAccess Paratransit d/b/a METROACCESS), by its undersigned attorneys, files this Stipulation to Extend Time for Defendant MV Public Transportation, Inc. to File a Responsive Pleading. As its reasons, MV Public Transportation, Inc. states:

1. MV Public Transportation, Inc. is in the process of procuring affidavits to provide to Plaintiff which my lead to the dismissal of MV Public Transportation, Inc. as a Defendant.

2. In light of the above, Plaintiff has agreed to allow MV Public Transportation, Inc. an extension until July 28, 2006 to file a responsive pleading.

3. No party will be prejudiced by this extension.

_____
Tamara B. Goorevitz
DC Bar No. 465740
Franklin & Prokopik
Two North Charles Street
Suite 600
Baltimore, Maryland 21201
(410) 230-3625
Attorneys for Defendant MV Public Transportation, Inc.


_____
Christian C. Mester, Esquire  D C. Bar No. 476209
Janet, Jenner & Suggs LLC
Woodholme Center
1829 Reisterstown Road, Suite 320
Baltimore, MD 21208
(410) 653-3200
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of June, 2006, a copy of the foregoing Stipulation was mailed first class, postage prepaid to:

Daniel L. Shea, Esquire
Brault Graham, LLC
101 South Washington Street
Rockville, MD  20850

Terance J. O'Connell, Esquire
401 East Jefferson Street, Suite 204
Rockville, MD  20850

Michael A. DeSantis, Esquire
Hartel, Kane, DeSantis, MacDonald & Howie, LLP
6301 Ivy Lane, Suite 800
Greenbelt, MD  20770

Mohammad Sarrami Foroosnani
c/o Maryland Correctional Facility
18601 Roxbury Road
Hagerstown, Maryland 21746

_____
Tamara B. Goorevitz