IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANE DOE, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 06-cv-0982 |
| LOGISTICARE SOLUTIONS, LLC, et. al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION EXTENDING TIME FOR DEFENDANT
REGENCY CAB, INC. TO FILE RESPONSIVE PAPERS**

Counsel for Defendant Regency Cab, Inc. and for Plaintiff have stipulated to a 20-day extension of time to and through July 19, 2006 within which Defendant may file its Oppositions to Plaintiff's Motion to Dismiss Defendant WMATA, to Plaintiff's Motion to Remand, as well as its Reply to Plaintiff's Opposition to the Motion to Transfer.

Respectfully submitted,

BRAULT GRAHAM, LLC

By: _____/s/_____
 Daniel L. Shea
 101 South Washington Street
 Rockville, MD 20850
 (301) 424-1060
 Counsel for Defendant Regency Cab, Inc.


JANET, JENNER & SUGGS, LLC

By: _____/s/_____
 John Cord
 1829 Reisterstown Road, Ste 320
 Baltimore, MD 21208
 Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY Certify that on this 29th day of June, 2006, a copy of the foregoing was served by electronic filing or mail to the following:

Michael J. Carlson, Esq.
Anderson, Coe & King, LLP
201 North Charles St, Ste 2000
Baltimore, MD  21201

Terence J. O'Connell, Esq.
O'Connell, O'Connell & Sarsfield
401 E. Jefferson St, Ste 204
Rockville, MD  20850

Michael DeSantis, Esq.
Hartel, Kane, DeSantis, MacDonald
& Howie, LLP
6301 Ivy Lane, Ste 800
Greenbelt, MD  20770

Tamara B. Goorevitz, Esq.
Franklin & Prokopik
One North Charles St, Ste 100
Baltimore, MD  21201

Donna Ellen McBride, Esq.
Miller, Miller & Canby
200-B Monroe Street
Rockville, MD  20850

Mohammad Sarrami Foroosnani  (by mail)
Maryland Correctional Facility
18601 Roxbury Road
Hagerstown, MD  21746

                                                 /s
                                              Daniel L. Shea

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANE DOE, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 06-cv-0982 |
| LOGISTICARE SOLUTIONS, LLC, et. al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

UPON Consideration of the Stipulation to Extend Time for Regency Cab, Inc. to respond to Plaintiff's Motion to Dismiss Defendant WMATA, to the Plaintiff's Motion to Remand to the Superior Court and to Reply to the Opposition to the Motion to Transfer, and good cause appearing, it is this _____ day of _____, 2006

ORDERED, that the Request and Stipulation is GRANTED, and Defendant Regency Cab, Inc. shall have to and through July 19, 2006 within which to file the above papers.

_____
JUDGE