IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANE DOE, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 06-cv-0982 |
| LOGISTICARE SOLUTIONS, LLC, et. al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION EXTENDING TIME FOR DEFENDANT
REGENCY CAB, INC. TO FILE RESPONSIVE PAPERS**

Counsel for Defendant Regency Cab, Inc. and for Plaintiff have stipulated to a 20-day extension of time to and through July 19, 2006 within which Defendant may file its Oppositions to Plaintiff's Motion to Dismiss Defendant WMATA, to Plaintiff's Motion to Remand, as well as its Reply to Plaintiff's Opposition to the Motion to Transfer.

Respectfully submitted,

BRAULT GRAHAM, LLC

By: _____/s/_____
    Daniel L. Shea
    101 South Washington Street
    Rockville, MD 20850
    (301) 424-1060
    Counsel for Defendant Regency Cab, Inc.

JANET, JENNER & SUGGS, LLC

By: _____/s/_____
    John Cord
    1829 Reisterstown Road, Ste 320
    Baltimore, MD 21208
    Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY Certify that on this 29th day of June, 2006, a copy of the foregoing was served by electronic filing or mail to the following:

Michael J. Carlson, Esq.
Anderson, Coe & King, LLP
201 North Charles St, Ste 2000
Baltimore, MD  21201

Terence J. O'Connell, Esq.
O'Connell, O'Connell & Sarsfield
401 E. Jefferson St, Ste 204
Rockville, MD  20850

Michael DeSantis, Esq.
Hartel, Kane, DeSantis, MacDonald
& Howie, LLP
6301 Ivy Lane, Ste 800
Greenbelt, MD  20770

Tamara B. Goorevitz, Esq.
Franklin & Prokopik
One North Charles St, Ste 100
Baltimore, MD  21201

Donna Ellen McBride, Esq.
Miller, Miller & Canby
200-B Monroe Street
Rockville, MD  20850

Mohammad Sarrami Foroosnani  (by mail)
Maryland Correctional Facility
18601 Roxbury Road
Hagerstown, MD  21746

                                                            /s
                                              Daniel L. Shea