IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANE DOE, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.  06-cv-0982 |
| LOGISTICARE SOLUTIONS, LLC, et. al. | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

UPON Consideration of the Stipulation to Extend Time for Regency Cab, Inc. to respond to Plaintiff's Motion to Dismiss Defendant WMATA, to the Plaintiff's Motion to Remand to the Superior Court and to Reply to the Opposition to the Motion to Transfer, and good cause appearing, it is this _____ day of _____, 2006

ORDERED, that the Request and Stipulation is GRANTED, and Defendant Regency Cab, Inc. shall have to and through July 19, 2006 within which to file the above papers.

_____
JUDGE