## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JANE DOE                                          *

      Plaintiffs                              *

v.                                                *          Civil Case No.  1:06-cv-00982-JR

LOGISTICARE                                       *
SOLUTIONS, LLC, *et al.*
                                                  *

      Defendant                               *


### ORDER

Upon consideration of Washington Metropolitan Area Transit Authority ("WMATA") and Logisticare's Motion to Transfer Venue, and Plaintiff's opposition thereto, and any oral argument thereon, it is this ____ day of _____, 2006 **ORDERED**

That WMATA and Logisticare's Motion to Transfer Venue from the United States District Court for the District of Columbia to the United States District Court for the District of Maryland, Southern Division is hereby **GRANTED** and the case shall be transferred to the United States District Court for the District of Maryland, Southern Division.


**Date:** _____          _____

                            Judge, United States District Court
                            for the District of Columbia