THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANE DOE | * | |
| Plaintiffs | * | |
| v. | * | Civil Case No. 1:06-cv-00982-JR |
| LOGISTICARE SOLUTIONS, LLC, *et al.* | * | |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## LOGISTICARE'S OPPOSITION TO MOTION TO REMAND

Defendants Logisticare Solutions, LLC ("Logisticare"), by its attorney, Michael J. Carlson, hereby opposes Plaintiff's motion to remand this matter to the Superior Court for the District of Columbia and states:

This case, which was originally filed in the Superior Court for the District of Columbia, centers on the allegation that Defendant Mohammed Foroosnani, a taxi driver, raped Plaintiff Jane Doe in Montgomery County, Maryland on or about May 26, 2005. Plaintiff, who is mentally disabled, was using a transportation service established by WMATA to get to work at the time of the incident. WMATA contracted with Logisticare to provide these transportation services and Logisticare, in turn, contracted with Defendant Regency Cab, Inc. to provide the service in Montgomery County, Maryland. Defendant Regency Cab, Inc. contracted with Mr. Foroosnani on the day of the incident to transport Plaintiff to work.

Defendant Washington Metropolitan Area Transit Authority ("WMATA") removed the case to this Court pursuant to D.C. Code Ann. § 9-1107.1 82 (2001) ("the Statute"), which is part of the compact establishing WMATA. Plaintiff now seeks to dismiss WMATA from the action and to remand this matter to the Superior Court. Logisticare believes it would be inappropriate to remand this matter to Superior Court at this time as it has been represented that one or more of the current defendants intends to file a cross claim against WMATA. In the event such a cross claim is filed, the Statute would provide the Court with jurisdiction notwithstanding that WMATA would no longer be a primary defendant. *See District of Columbia ex rel. Geo-Systems, Inc. v. Mergentime Corp.*, 1992 WL 366997 (D.D.C) (relying on Hubbard v. Monsanto Co., Inc., 736 F.Supp. 11, 11-12 (1990) and other cases). While it can not be reasonably expected that the Court leave the issue open indefinitely, other defendants have not yet responded to Plaintiff's Motion to Remand; in the interest of judicial economy, Logisticare believes the Court should wait until the other defendants respond to Plaintiff's motion, which may reveal their intention to file any cross claim against WMATA. Accordingly, Logisticare does not believe it would be appropriate to remand the case at this juncture.

Respectfully submitted,

_____/s/_____
Michael J. Carlson, Esquire
(Bar No. 490196)
ANDERSON, COE & KING, LLP
201 N. Charles Street, Suite 2000
Baltimore, MD 21202
T (410) 752-1630
F (410) 752-0085
***Attorneys for Defendants, Logisticare Solutions, LLC and the Washington Metropolitan Area Transit Authority***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of July, 2006, a copy of the foregoing Opposition to Motion to Remand and proposed Order were served by electronic filing on:

Christian C. Mester, Esquire
JANET, JENNER & SUGGS LLC
Woodholme Center
1829 Reisterstown Road, Suite 320
Baltimore, Maryland 21208
*Counsel for Plaintiff*

Tamara B. Goorevitz, Esquire
FRANKLIN & PROKOPIK
2 North Charles Street, Suite 600
The B & O Building
Baltimore, Maryland 21201
*Counsel for MV Public Transportation*

Daniel L. Shea, Esquire
BRAULT GRAHAM, LLC
101 South Washington Street
Rockville, Maryland 20850
*Counsel for Regency Cab, Inc.*

Terance J. O'Connell
401 E. Jefferson Street, Suite 204
Rockville, Maryland 20850
*Counsel for Defendant Challenger Transportation, Inc.*

Michael A. DeSantis, Esquire
HARTEL, KANE, DESANTIS, MACDONALD & HOWIE, LLP
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
*Counsel for Defendant Challenger Transportation, Inc.*

Mohammad Sarrami Foroosnani
c/o Maryland Correctional Facility
18601 Roxbury Road
Hagerstown, Maryland 21746
*Defendant*

Donna McBride, Esquire
Miller, Miller & Canby
200 B Monroe Street
Rockville, Maryland 20850
*Counsel for Regency Cab, Inc*

\_\_\_\_\_/s/_____
Michael J. Carlson
(Bar # 490196)