THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANE DOE | * | |
| Plaintiffs | * | |
| v. | * | Civil Case No. 1:06-cv-00982-JR |
| LOGISTICARE SOLUTIONS, LLC, *et al.* | * | |
| | * | |
| Defendant | * | |

## ORDER

Upon consideration of the Plaintiff's Motion to Remand this matter to the Superior Court of the District of Columbia and the oppositions filed thereto and any oral arguments thereon, it is this ___ day of _____, 2006 **ORDERED**

That the Plaintiff's Motion to Remand to the Superior Court for the District of Columbia is **DENIED.**

Date: _____          _____
                              Judge, United States District Court
                              for the District of Columbia