THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANE DOE | * | |
| Plaintiffs | * | |
| v. | * | Civil Case No. 1:06-cv-00982-JR |
| LOGISTICARE SOLUTIONS, LLC, *et al.* | * | |
| | * | |
| Defendant | * | |

## NOTICE OF ENTRY OF APPEARANCE AS ADDITIONAL COUNSEL

Kindly enter the appearance of Robert H. Bouse, Jr., as additional counsel on behalf of Logisticare Solutions, LLC and Washington Metropolitan Area Transit Authority.

/s/
Robert H. Bouse, Jr.
(Bar #MD01926)
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Balto., MD 21201
410-752-1630
Fax: 410-752-0085
*Attorney for Logisticare Solutions, LLC and*
*Washington Metropolitan Area Transit Authority*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of July, 2006, a copy of the foregoing Notice of Entrance of Appearance as Additional Counsel was mailed and served by electronic filing on:

Christian C. Mester, Esquire
JANET, JENNER & SUGGS LLC
Woodholme Center
1829 Reisterstown Road, Suite 320
Baltimore, Maryland 21208
*Counsel for Plaintiff*

Tamara B. Goorevitz, Esquire
FRANKLIN & PROKOPIK
2 North Charles Street, Suite 600
The B & O Building
Baltimore, Maryland 21201
*Counsel for MV Public Transportation*

Daniel L. Shea, Esquire
BRAULT GRAHAM, LLC
101 South Washington Street
Rockville, Maryland 20850
*Counsel for Regency Cab, Inc.*

Terance J. O'Connell
401 E. Jefferson Street, Suite 204
Rockville, Maryland 20850
*Counsel for Defendant Challenger Transportation, Inc.*

Michael A. DeSantis, Esquire
HARTEL, KANE, DESANTIS, MACDONALD & HOWIE, LLP
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
*Counsel for Defendant Challenger Transportation, Inc.*

Mohammad Sarrami Foroosnani
c/o Maryland Correctional Facility
18601 Roxbury Road
Hagerstown, Maryland 21746
*Defendant*

Donna McBride, Esquire
Miller, Miller & Canby
200 B Monroe Street
Rockville, Maryland 20850
*Counsel for Regency Cab, Inc*

/s
Robert H. Bouse, Jr.
Bar #MD01926