IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE | : |
|     Plaintiff | : |
| v. | : Civil Action No.: 06-cv-0982 |
| LOGISTICARE SOLUTIONS, LLC, et al. | : |
|     Defendants | : |

### ENTRY OF APPEARANCE

COMES NOW Michael A. DeSantis, Esquire, and Hartel, Kane, DeSantis, MacDonald & Howie, LLP, and enter their appearances in the above-referenced matter on behalf of Defendant Challenger Transportation, Inc., as said attorneys had filed a timely Answer on behalf of Defendant Challenger Transportation, Inc., in the Superior Court of the District of Columbia action, Civil Action No. 06-CA-0003171 B prior to removal to this Court.



Respectfully submitted,

HARTEL, KANE, DeSANTIS,
MacDONALD & HOWIE, LLP

By: _____
Michael A. DeSantis
Bar No. 422602
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

HARTEL, KANE, DeSANTIS,
MacDONALD & HOWIE, LLP
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the **11** day of **July**, 2006, I mailed, postage pre-paid, a copy of the foregoing to:

Mohammad Sarrami Forroosnani
Maryland Correctional Facility
18601 Roxbury Road
Hagerstown, Maryland 21746

Terrence J. O'Connell, Esquire
401 E Jefferson Street
Suite 204
Rockville, Maryland 20850

_____
Michael A. DeSantis

E:\MAD\Doe v. Logisticare Solutions\Entry of Appearance.USDCDC.wpd\drb\0649-1933



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

-2-