IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANE DOE, | * | |
|     Plaintiff, | * | |
| v. | * | Civil Action No.  06-cv-0982 |
| LOGISTICARE SOLUTIONS, LLC, et. al. | * | |
|     Defendants. | * | |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## CROSS-CLAIM OF DEFENDANT REGENCY CAB, INC. OVER AGAINST DEFENDANT WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (WMATA)

Comes now the Defendant Regency Cab, Inc., by and through its undersigned counsel and for its cross-claim pursuant to Fed. R. Civ. P. 13 over against Defendant WMATA, states:

1. Plaintiff in her complaint has alleged, *inter alia*, that Defendant WMATA is liable to her for the injuries she sustained in the May 26, 2005 occurrence which is the subject of her complaint.

2. Plaintiff has also alleged that this Defendant Regency Cab, Inc., is liable to her by reason of injuries alleged to have been sustained in connection with the May 26, 2005 occurrence.

3. This Defendant has denied the allegations made by Plaintiff against it.

4. If, and in the event Plaintiff is successful in her claim against Defendant Regency Cab, Inc., then, and in that event, Defendant Regency Cab, Inc. is entitled to a judgment by way of contribution over against Co-Defendant WMATA inasmuch as it is or may be a tortfeasor who is or may be liable to the Plaintiff for any damages she may have sustained, if any.

WHEREFORE, the premises considered, Defendant Regency Cab, Inc. demands judgment over against Defendant Washington Metropolitan Area Transit Authority for a contributable portion of any judgment which may be entered in this action against Regency Cab, Inc. and in favor of the Plaintiff.

        Respectfully submitted,

        BRAULT GRAHAM, LLC

        By: _____/s/_____
           Daniel L. Shea
           101 South Washington Street
           Rockville, MD 20850
           (301) 424-1060
           Counsel for Defendant Regency Cab, Inc.

## **JURY DEMAND**

Defendant, Regency Cab, Inc., demands a trial by jury as to all issues.

        _____/s/_____
        Daniel L. Shea

## **CERTIFICATE OF SERVICE**

I HEREBY Certify that on this 12th day of July, 2006, a copy of the foregoing was served by electronic filing or mail to the following:

Robert H. Bouse, Jr., Esq.
Michael J. Carlson, Esq.
Anderson, Coe & King, LLP
201 North Charles St, Ste 2000
Baltimore, MD 21201

Terence J. O'Connell, Esq.
O'Connell, O'Connell & Sarsfield
401 E. Jefferson St, Ste 204
Rockville, MD 20850

Michael DeSantis, Esq.
Hartel, Kane, DeSantis, MacDonald
& Howie, LLP
6301 Ivy Lane, Ste 800
Greenbelt, MD  20770

Tamara B. Goorevitz, Esq.
Franklin & Prokopik
One North Charles St, Ste 100
Baltimore, MD  21201

Donna Ellen McBride, Esq.
Miller, Miller & Canby
200-B Monroe Street
Rockville, MD  20850

John Cord, Esq.
Janet, Jenner & Suggs, LLC
1829 Reisterstown Road, Ste 320
Baltimore, MD  21208

Mohammad Sarrami Foroosnani  (by mail)
Maryland Correctional Facility
18601 Roxbury Road
Hagerstown, MD  21746

                                              /s/
                                           Daniel L. Shea