IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANE DOE, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 06-cv-0982 |
| LOGISTICARE SOLUTIONS, LLC, et. al. | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DEFENDANT REGENCY CAB, INC.'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO TRANSFER VENUE

Comes now the Defendant Regency Cab, Inc., by and through its undersigned counsel, and in reply to Plaintiff's Opposition to Motion to Transfer Venue, states:

1. Defendant Regency Cab, Inc. incorporates by reference WMATA's and Logisticare's Reply to Plaintiff's Opposition to Motion to Transfer Venue.

2. In summary, this Defendant submits:

   a. Because the District of Columbia has no meaningful tie to the controversy and no particular interest to the parties or the subject matter, this case should be transferred to a Maryland court.

   b. Because the nucleus of operative facts occurred in Maryland, and given the Maryland residence and principal place of business of the Co-Defendants, the Plaintiff enjoys no presumption in favor of her chosen forum.

   c. There is no local interest in the District of Columbia's courts handling this matter which originated and has all of its operative facts as having occurred in the State of Maryland which are governed by Maryland law. The District of Columbia and its courts, jurors and citizens ought not be put to the expense and burden of handling and trying this matter. The

provisions of 28 U.S.C. § 1404 as well as the Doctrine of *Forum Non Convenience* strongly indicate that this should matter be transferred to a Maryland court.

    d.    Forum shopping should not be encouraged.

Respectfully submitted,

BRAULT GRAHAM, LLC

By: _____/s/_____
Daniel L. Shea
101 South Washington Street
Rockville, MD  20850
(301) 424-1060
Counsel for Defendant Regency Cab, Inc.

## CERTIFICATE OF SERVICE

I HEREBY Certify that on this 14th day of July, 2006, a copy of the foregoing was served by electronic filing or mail to the following:

Robert H. Bouse, Jr., Esq.
Michael J. Carlson, Esq.
Anderson, Coe & King, LLP
201 North Charles St, Ste 2000
Baltimore, MD  21201

Terence J. O'Connell, Esq.
O'Connell, O'Connell & Sarsfield
401 E. Jefferson St, Ste 204
Rockville, MD  20850

Michael DeSantis, Esq.
Hartel, Kane, DeSantis, MacDonald
& Howie, LLP
6301 Ivy Lane, Ste 800
Greenbelt, MD  20770

Tamara B. Goorevitz, Esq.
Franklin & Prokopik
One North Charles St, Ste 100
Baltimore, MD  21201

Donna Ellen McBride, Esq.
Miller, Miller & Canby
200-B Monroe Street
Rockville, MD  20850

John Cord, Esq.
Janet, Jenner & Suggs, LLC
1829 Reisterstown Road, Ste 320
Baltimore, MD  21208

Mohammad Sarrami Foroosnani  (by mail)
Maryland Correctional Facility
18601 Roxbury Road
Hagerstown, MD  21746

                                                                        /s/
                                                 Daniel L. Shea

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, | * |
|     Plaintiff, | * |
| v. | *   Civil Action No. 06-cv-0982 |
| LOGISTICARE SOLUTIONS, LLC, et. al. | * |
|     Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### **ORDER**

UPON Consideration of the Motion to Transfer Venue and the Oppositions thereto, it is this _____ day of _____, 2006

ORDERED, that the Motion to Transfer Venue from the United States District Court for the District of Columbia to the United States District Court for the District of Maryland, Southern Division, it is hereby GRANTED and the case shall be transferred to the United States District Court for the District of Maryland, Southern Division.

 

_____
JUDGE, United States District Court for
The District of Columbia