**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, by her Guardian of the Person and Property Robin Doe, : : : Plaintiff, : : v. : : LOGISTICARE SOLUTIONS, LLC, *et al.*, : : : Defendants. : | Civil Action No. 06-0982 (JR) |

### ORDER

Regency's "cross-claim" against WMATA alleges no wrongdoing against WMATA and appears to be nothing more than a protective claim for contribution. It is by the court sua sponte **ORDERED** that Regency show cause within 15 days of the date of this order why its cross-claim should not be dismissed, without prejudice, for failure to state a claim upon which relief can be granted.

JAMES ROBERTSON
United States District Judge