IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE <br> by her Guardian of the Person <br> And Property KATHLEEN MITCHELL | * |
| Plaintiff, | * |
| v. | *   CIVIL CASE NO. 1:06-cv-00982-JR |
| LOGISTICARE SOLUTIONS, LLC, *et al.* | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### AFFIDAVIT OF CHRISTIAN C. MESTER, ESQUIRE

I, Christian C. Mester, Esquire, being over the age of eighteen and competent to testify, do hereby state the following, upon my personal knowledge:

1. I am counsel for Plaintiff Jane Doe, by her Guardian of the Person and Property, Kathleen Mitchell, in Civil Case No. 1:06-cv-00982-JR, Jane Doe, by her Guardian of the Person and Property, Kathleen Mitchell v. Logisticare Solutions, LLC, *et al.*

2. I spoke with John O'Neill, an attorney for Washington Metropolitan Area Transit Authority (hereinafter, "WMATA"), and Logisticare Solutions, L.L.C., several times, including on May 1, 2006. Mr. O'Neill advised that Regency Cab, Inc. would indemnify both WMATA and Logisticare Solutions, L.L.C. in this action.

EXHIBIT 2

I HEREBY CERTIFY UNDER PENALTIES OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE, BASED UPON MY PERSONAL KNOWLEDGE.

7/21/06
Date

_____
Christian C. Mester, Esquire

Subscribed and sworn before me this 21st day of July, 2006.

_____
Notary Public

-2-