IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, | * |
| Plaintiff, | * |
| v. | *   Civil Action No.  06-cv-0982 |
| LOGISTICARE SOLUTIONS, LLC, et. al. | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**WITHDRAWAL OF CROSS-CLAIM**

COMES NOW the Defendant, Regency Cab, Inc, and withdraws, without prejudice, its Cross-Claim against Defendant Washington Metropolitan Area Transit Authority.

Respectfully submitted,

BRAULT GRAHAM, LLC

By: _____/s/_____
 Daniel L. Shea #464
 101 South Washington Street
 Rockville, MD  20850
 (301) 424-1060
 Counsel for Defendant Regency Cab, Inc.
  Dshea@braultgraham.com

**CERTIFICATE OF SERVICE**

I HEREBY Certify that on this 29th day of June, 2006, a copy of the foregoing was served by electronic filing or mail to the following:

John Cord, Esq.
Janet, Jenner & Suggs, LLC
1829 Reisterstown Road, Ste 320
Baltimore, MD  21208

Michael J. Carlson, Esq.
Anderson, Coe & King, LLP
201 North Charles St, Ste 2000
Baltimore, MD  21201

Terence J. O'Connell, Esq.
O'Connell, O'Connell & Sarsfield
401 E. Jefferson St, Ste 204
Rockville, MD  20850

Michael DeSantis, Esq.
Hartel, Kane, DeSantis, MacDonald
& Howie, LLP
6301 Ivy Lane, Ste 800
Greenbelt, MD  20770

Tamara B. Goorevitz, Esq.
Franklin & Prokopik
One North Charles St, Ste 100
Baltimore, MD  21201

Donna Ellen McBride, Esq.
Miller, Miller & Canby
200-B Monroe Street
Rockville, MD  20850

Mohammad Sarrami Foroosnani  (by mail)
Maryland Correctional Facility
18601 Roxbury Road
Hagerstown, MD  21746

                                                  /s_____
                                                  Daniel L. Shea