**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JANE DOE** <br> **by her Guardian of the Person** <br> **And Property KATHLEEN MITCHELL** | * <br><br> * |
| **Plaintiff,** | * |
| **v.** | *  CIVIL CASE NO. 1:06-cv-00982-JR |
| **LOGISTICARE SOLUTIONS, LLC,** *et al.* | * |
| **Defendants.** | * |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

<u>**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF**</u>
<u>**DEFENDANT MV PUBLIC TRANSPORTATION, INC. D/B/A MV TRANSPORT AS**</u>
<u>**SUCCESSOR IN INTEREST TO LOGISTICARE SOLUTIONS, LLC D/B/A**</u>
<u>**METROACCESS PARATRANSIT D/B/A METROACCESS**</u>

Comes now Plaintiff, Jane Doe, by her Guardian of the Person and Property, Kathleen

Mitchell, by and through her attorneys, Christian C. Mester and Janet, Jenner & Suggs, LLC, and

pursuant to F.R.C.P. 41(a)(1) hereby files this Notice of Dismissal without prejudice of separate

Defendant MV Public Transportation, Inc. d/b/a MV Transport as successor in interest to Logisticare

Solutions, LLC d/b/a MetroAccess Paratransit d/b/a METROACCESS, (hereinafter "Defendant MV

Public").

Defendant MV Public has not filed any responsive pleadings in this case, having been

provided extensions in order to determine if this issue of dismissal was proper.  Plaintiff has attached

affidavits and correspondence from counsel for Defendant MV Public proffering that Defendant MV

Public is not a proper party-defendant in this matter.  <u>See</u> Exhibits 1 and 2, attached hereto.  As such,

at this time Plaintiff and Defendant MV Public believe that dismissal without prejudice as to

Defendant MV Public only is proper.  Plaintiff has not previously taken an official non-suit of her

claims against Defendant MV Public.  It is the intent of this Notice of Dismissal to have it only apply to Defendant MV Public and to not in any way affect the Plaintiff's remaining claims against all other Defendants.

Respectfully submitted,

**JANET, JENNER & SUGGS, LLC**

_____/s_____
Christian C. Mester, Esquire (Bar No. 470209)
1829 Reisterstown Road, Suite 320
Baltimore, Maryland 21208
(410) 653-3200
(410) 653-9030 (fax)
CMester@medlawlegalteam.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __27th__ day of __July__, 2006, that a copy of this Notice of Dismissal of Defendant MV Transportation was electronically served on and mailed 1st class, postage prepaid to:

Michael J. Carlson, Esquire
Robert H. Bouse, Jr.
Anderson, Coe & King, LLP
201 North Charles Street, Suite 2000
Baltimore, Maryland 21201
*Attorney for WMATA and Logisticare*

Mohammad Sarrami Foroosnani
Maryland Correctional Facility
18601 Roxbury Road
Hagerstown, Maryland 21746
(*by first-class mail, only*)

Michael DeSantis, Esquire
Hartel, Kane, DeSantis, MacDonald &
Howie, LLP
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
*Attorney for Challenger Transportation, Inc.*

Tamara B. Goorevitz, Esquire
Franklin & Prokopik
Two North Charles Street, Suite 600
Baltimore, Maryland 21201
*Attorney for MV Public Transportation, Inc.*

Daniel L. Shea, Esquire
Brault, Graham, LLC
101 South Washington Street
Rockville, Maryland 20850
*Attorney for Regency Cab, Inc.*

Donna Ellen McBride, Esquire
Miller, Miller & Canby
200-B Monroe Street
Rockville, Maryland 20850
*Attorney for Regency Cab, Inc.*

**JANET, JENNER & SUGGS, LLC**

_____/s_____
Christian C. Mester, Esquire (Bar No. 470209)
1829 Reisterstown Road, Suite 320
Baltimore, Maryland 21208
(410) 653-3200
(410) 653-9030 (fax)

Attorneys for Plaintiff