05/31/2006 08:54 FAX 410 752 6868         FRANKLIN & PROKOPIK                    ☒002

# FRANKLIN & PROKOPIK

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

The B & O Building
Two North Charles Street, Suite 600
Baltimore, Maryland 21201-3732
410-752-8700
Facsimile 410-752-6868
www.fandpnet.com

Tamara B. Goorevitz
Direct Dial 410-230-3625
tgoorevitz@FandPnet.com

32 S. Washington Street
Easton, Maryland 21601
410-820-0600
Facsimile 410-820-0300

1101 Opal Court
Hub Plaza, Second Floor
Hagerstown, Maryland 21740
301-745-3900
Facsimile 301-766-4676

2325 Dulles Corner Blvd., Suite 1150
Herndon, Virginia 20171
703-793-1800
Facsimile 703-793-0298

May 31, 2006

VIA FACSIMILE NO.: (410) 653-9030
AND REGULAR MAIL

Christian C. Mester, Esquire
Janet, Jenner & Suggs LLC
Woodholme Center
1829 Reisterstown Road, Suite 320
Baltimore, MD 21208

Re:  Jane Doe v. Logisticare Solution, LLC, et al.
     Case No.: 02-0009344

Dear Mr. Mester:

As you know, I represent Defendant MV Public Transportation, Inc. in the above-referenced matter. As per our discussion, I have attached an Affidavit outlining facts which I believe warrant the dismissal of MV Public Transportation, Inc. from this case. I have also attached an award letter authored by WMATA, confirming the dates on which MV Public Transportation, Inc. began providing service. The Affidavit and the award letter clearly show that MV Public Transportation, Inc. is not a proper party in this matter.

Please let me know immediately whether you will agree to dismiss MV Public Transportation, Inc. with prejudice. If there are any additional documents or information I can provide, please let me know. In addition, this will confirm that you kindly granted MV Public Transportation, Inc. an extension of 30 days to respond to the Complaint. I am hopeful that we can have a Praecipe of Dismissal filed prior to the due date for MV Public Transportation, Inc.'s responsive pleading.

EXHIBIT
1

# FRANKLIN & PROKOPIK

Christian C. Mester, Esquire
May 31, 2006

Thank you in advance for your anticipated cooperation. I look forward to hearing from you.

Very truly yours,

*[signature]*

Tamara B. Goorevitz

TBG:mkg

Enclosures

cc:  Daniel L. Shea, Esquire (w/enclosures)
     Brault Graham, LLC
     101 South Washington Street
     Rockville, MD 20850

     Terance J. O'Connell, Esquire (w/enclosures)
     401 East Jefferson Street, Suite 204
     Rockville, MD 20850

     Michael A. DeSantis, Esquire (w/enclosures)
     Hartel, Kane, DeSantis, MacDonald & Howie, LLP
     6301 Ivy Lane, Suite 800
     Greenbelt, MD 20770

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

JANE DOE by her Guardian of the Person       *
and Property KATHLEEN MITCHELL
                                             *   Civil Action No.:
    Plaintiff
                                             *
v.
                                             *
LOGISTICARE SOLUTIONS, LLC, et al
                                             *
    Defendant
                                             *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### AFFIDAVIT OF ROBERT HARGIS

1. I, Robert Hargis, certify that I am over the age of eighteen (18) and competent to testify as to the matter set forth herein.

2. I am the Executive Vice President of MV Transportation, Inc., located at 2024 College Street, Elk Horn, IA 51531. MV Transportation, Inc. is the parent company of MV Public Transportation, Inc.

3. MV Transportation, Inc. and MV Public Transportation, Inc. (incorrectly named in Complaint as MV Public Transportation, Inc. d/b/a MV Transport as successor in interest to Logisticare Solutions, LLC d/b/a MetroAccess Paratransit d/b/a METROACCESS), have never employed Mohammad Sarrami Foroosnani. Therefore, Mohammad Sarrami Foroosnani was not employed by either MV Transportation, Inc. or MV Public Transportation, Inc. on May 26, 2005, the date of the alleged occurrence. Mr. Foroosnani was not acting as an agent, servant or employee of either MV Transportation, Inc. or MV Public Transportation on May 26, 2005.

4. MV Transportation, Inc. and MV Public Transportation, Inc. (incorrectly named in Complaint as MV Public Transportation, Inc. d/b/a MV Transport as successor in interest to Logisticare Solutions, LLC d/b/a MetroAccess Paratransit d/b/a METROACCESS) have no relationship with Defendant Regency Cab, Inc. and had no relationship with Defendant Regency Cab, Inc. on May 26, 2005.

5. MV Transportation, Inc. and MV Public Transportation, Inc. (incorrectly named in

Complaint as MV Public Transportation, Inc. d/b/a MV Transport as successor in interest to Logisticare Solutions, LLC d/b/a MetroAccess Paratransit d/b/a METROACCESS), have no relationship with Defendant Challenger Transportation, Inc. and had no relationship with Defendant Challenger Transportation, Inc. on May 26, 2005.

6.  The Washington Metropolitan Area Transit Authority (hereinafter "WMATA") accepted MV Transportation's proposal to provide Paratransit Services on September 22, 2005. The period of performance was designated from January 15, 2006 through January 14, 2010. Therefore, neither MV Transportation, Inc. nor MV Public Transportation, Inc. were providing service for WMATA on May 26, 2005, the date of the alleged occurrence

7.  Neither MV Transportation, Inc. nor MV Public Transportation, Inc. assumed any of the assets or liabilities of any of the previous contractors, including Logisticare, LLC.

I do solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true.

Date: 5/30/06

Robert Hargis



September 22, 2005

Mr. Jon Monson, CEO
MV Transportation
360 Campus Lane, Suite 201
Fairfield, Ca. 94534-1400

RE:   Notice of Award, Contract C05108
      Paratransit Services to Maryland,
      Virginia and Washington D.C.

Dear Mr. Monson:

The Washington Metropolitan Area Transit Authority hereby accepts your final proposal revision, Alternate Proposal, of September 6, 2005 in the total amount of ▇▇▇▇▇▇▇ for the four (4) year base period to provide Paratransit Services for Maryland, Virginia and Washington, D.C. in accordance with RFP C05108/CR. The period of performance is January 15, 2006 through January 14, 2010. The transition period for "start-up" will be from September 22, 2005 through January 14, 2006. This is a Requirements Contract with incentives and disincentives.

In accordance with Special Provisions Article 16, "Insurance", you are required to provide the specified certificates of insurance at this time. Please be advised that you and your subcontractors are not permitted to provide any partransit transportation service until the required insurance certificates have been provided and approved.

A copy of the executed contract documents will be provided in the near future, however, you are to proceed with the contract transition activities based on this letter. A letter appointing the Authority Representative (AR), your principal point of contact for this contract, will be provided under separate cover. For contractual issues, your point of contact in the Office of Procurement and Materiels is Ms. Cathy Rooths, Contract Administrator. Ms. Rooths can be reached at (202) 962-2469 or crooths@wmata.com.

The undersigned has been duly designated by the Chief Executive Officer (CEO) of the Washington Metropolitan Area Transit Authority as the Contracting Officer for the referenced contract. As duly designated contracting Officer, the undersigned is empowered to enter into this contract on behalf of the Authority and to take all actions and to exercise all authority within approved funding limits permitted a Contracting Officer under the contract. All designations remain in effect for the duration of the contract unless changed by written notice.

**Washington
Metropolitan Area
Transit Authority**

600 Fifth Street, NW
Washington, D.C. 20001
202/962-1234

By Metrorail:
Judiciary Square-Red Line
- Place-Chinatown
Red, Green and
Yellow Lines

A District of Columbia,
Maryland and Virginia
Transit Partnership

05/31/2006 08:55 FAX 410 752 6868        FRANKLIN @ PROKOPIK                    ☒007

Mr. Jon Monson
WMATA RFP C05108/CR
September 22, 2005
Page 2

Congratulations on your selection as WMATA's new paratransit service provider. WMATA looks forward to a successful transition with implementation of the services to begin January 15, 2006.

Sincerely,

*William C. Ellerman*

William C. Ellerman
Contracting Officer


cc: C. Kent/MACS

05/31/2006 08:54 FAX 410 752 6868         FRANKLIN & PROKOPIK                              ☒001

# FRANKLIN & PROKOPIK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

The B & O Building
Two North Charles Street, Suite 600
Baltimore, Maryland 21201-3723
410-752-8700
Facsimile 410-752-6868
www.fandpnet.com

32 South Washington Street
Easton, Maryland 21601
410-820-0600
Facsimile 410-820-0300

1101 Opal Court
Hub Plaza, Second Floor
Hagerstown, Maryland 21740
301-745-3900
Facsimile 301-766-4676

2325 Dulles Corner Boulevard
Suite 1150
Herndon, Virginia 20171
703-793-1800
Facsimile 703-793-0298

## FACSIMILE COVER SHEET
### IMPORTANT NOTICE

**PLEASE DELIVER THE FOLLOWING MATERIALS AS SOON AS POSSIBLE TO:**

**COMPANY:** Janet, Jenner & Suggs LLC

**ATTENTION:** Christian C. Mester, Esquire          **FACSIMILE NO.:** (410) 653-9030

**FROM:** Tamara B. Goorevitz, Esquire

**NO. OF PAGES:** 7   (INCLUDING COVER SHEET)        **DATE TRANSMITTED:** 05/31/06

**PHONE NUMBER TO VERIFY MESSAGE RECEIVED:**         (410) 230-3625

**MESSAGE:** Re: Jane Doe v. Logisticare Solution, LLC, et al. - Attached please find a letter dated May 31, 2006 from Ms. Goorevitz.

**FILE NUMBER:** 21077.007                            **Hard Copy to Follow by Mail:** Yes.

The information contained in this facsimile message is attorney-privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to the above address via the U.S. Postal Service. Thank you.