UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE DOE, by her Guardian of the :
Person and Property Robin Doe,    :
                                  :
        Plaintiff,                :
                                  :
    v.                            : Civil Action No. 06-0982 (JR)
                                  :
LOGISTICARE SOLUTIONS, LLC, *et   :
al.*,                             :
                                  :
        Defendants.               :

## ORDER

This negligence case, originally filed in the Superior Court of the District of Columbia, centers on an allegation that defendant Mohammed Foroosnani, a taxi driver, raped the Jane Doe plaintiff, who is mentally disabled and was using a transportation service for the disabled established by WMATA. WMATA contracted with defendant Logisticare to provide this service.  Logisticare employed defendant Regency Cab, which in turn employed Foroosnani.

Having discovered that Logisticare is an independent contractor hired by WMATA, that WMATA has no oversight of Logisticare, and that WMATA is in any case indemnified by Logisticare, plaintiff filed a Rule 41(a)(2) motion to dismiss WMATA.  That motion is unopposed, and Regency Cab has withdrawn its cross-claim against WMATA. It is accordingly

**ORDERED** that plaintiff's motion to dismiss WMATA [12] is **granted**.  It is

**FURTHER ORDERED** that plaintiff's motion for remand [13] is **granted**.  And it is

**FURTHER ORDERED** that all other pending motions [4, 9, 16] are **denied as moot**.

```
                              JAMES ROBERTSON
                        United States District Judge
```